Howard Rubinstein (Fla. SBN: 104108)
Attorney at Law
914 Waters Avenue, Suite 20
Aspen, Colorado 81611
Tel.: (832) 715-2788
E-mail: howardr@pdq.net
*(To apply as Counsel Pro Hac Vice)*

Harold M. Hewell (Cal. SBN: 171210)
Hewell Law Firm, APC
402 W. Broadway, Fourth Floor
San Diego, California 92101
Tel: (619) 235-6854; Fax: (619)235-9122
E-mail: hmhewell@hewell-lawfirm.com

*Attorneys for Plaintiff*

FILED

'07 DEC -4  PM 2: 39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

"VIA FAX"

07CV  2276 BTM  (POR)

| | |
|---|---|
| **ADRIANNE SMITH, as an individual and on** behalf of all others similarly situated,<br><br><br>*Plaintiff,*<br><br>v.<br><br><br><br><br><br><br><br><br><br><br>**THORNE RESEARCH, INC.,** a Washington corporation,<br><br>*Defendant.* | Civil Action No.<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF, RESTITUTION AND DAMAGES**<br><br>*Class Action*<br><br>*Jury Trial Requested* |

Plaintiff alleges:

## I. PARTIES

1. Plaintiff Adrianne Smith is an individual consumer who resides in, and is a citizen of, the County of San Diego, State of California. She respectfully requests a jury trial.

2. Defendant Thorne Research, Inc. ("Thorne") is a corporation organized under the laws of the state of Washington. It maintains headquarters at 25820 Highway 2 West, Sandpoint, Idaho 83864, where, Plaintiff is informed and believes, and thereon alleges, a majority of its business activities are conducted, including the operating, administrative, and management activities of the company. It lists with the Idaho Secretary of State a registered agent listing of Al Czap, 25820 Highway 2, Dover, Idaho 83825. Accordingly, for diversity purposes, Thorne can be considered a citizen of either the state of Washington or the state of Idaho. According to a statement on its website, at http://www.thorne.com/about_Thorne.wss,

> For over 20 years Thorne Research has set the standard for exceptional formulations, quality, and purity in the nutritional supplement industry. Since our humble beginnings in 1984 in a small, rented space in Tukwila, Washington, with just two employees (actually Al and Kelly Czap, the two owners of the company), our philosophy has been the same - provide the purest supplements humanly possible at a reasonable price. In 2007, our manufacturing plant, warehouse, and shipping facility - in Sandpoint and Dover, Idaho since 1990 - covers 76,000 square feet, and we now employ over 120 people. The business has changed dramatically, but the Thorne philosophy has stayed the same - manufacture the finest, purest, highest quality nutritional supplements in the world. We understand that people's lives actually depend on our products, and we take that responsibility very seriously.

A true and correct copy of that website page is attached hereto as Exhibit "A" to this Complaint and is incorporated herein by reference.

3. Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, the employees of Thorne, its subsidiaries and related entities, as well as the employees of those subsidiaries and related entities, were the agents, servants and employees of Thorne, and at all times herein mentioned, each was acting within the purpose and scope of said

1  agency and employment.

2      4. Whenever reference in this Complaint is made to any act or transaction of Thorne,

3  such allegation shall be deemed to mean that the principals, officers, directors, employees,

4  agents, and/or representatives of Thorne committed, knew of, performed, authorized, ratified

5  and/or directed such act or transaction on behalf of Defendant while actively engaged in the

6  scope of their duties.

7      5. All allegations in this Complaint are based on information and belief and are likely to

8  have evidentiary support after reasonable opportunity for further investigation and discovery.

9                          **II. VENUE AND JURISDICTION**

10     6. This Court has jurisdiction over the subject matter presented by this Complaint

11 because it is a class action arising under the Class Action Fairness Act of 2005 ("CAFA"), Pub.

12 L. No. 109-2, 119 Stat. 4 (2005), which explicitly provides for the original jurisdiction of the

13 Federal Courts of any class action in which any member of the plaintiff class is a citizen of a

14 state different from any Defendant, and in which the matter in controversy exceeds in the

15 aggregate the sum of $5,000,000, exclusive of interest and costs.

16     7. Plaintiff alleges that the total claims of individual class members in this action are in

17 excess of $5,000,000 in the aggregate, exclusive of interest and costs, as required by 28 U.S.C. §

18 1332(d)(2), (5). Ms. Smith, the plaintiff, is a citizen of the state of California, whereas, as set

19 forth above, Thorne can be considered a citizen of either the state of Washington or the state of

20 Idaho. Therefore, diversity of citizenship exists under CAFA as required by 28 U.S.C. §

21 1332(d)(2)(A).

22     8. Furthermore, Plaintiff alleges that more than two-thirds of all of the members of the

23 proposed Plaintiff Class in the aggregate are citizens of a state other than California, where this

24 action is originally being filed, and that the total number of members of the proposed Plaintiff

25 Class is greater than 100, pursuant to 28 U.S.C. § 1332(d)(5)(B).

26     9. Venue in this district is proper pursuant to 28 U.S.C. §1391(b) because Defendant

27 conducts business within, may be found in, and is subject to personal jurisdiction in this district.

28 The original of the "Declaration of Harold M. Hewell Pursuant to Civil Code §1780(c) of the

COMPLAINT FOR INJUNCTIVE RELIEF,
RESTITUTION AND DAMAGES
Page 3 of 24

Consumer Legal Remedies Act, Civil Code §§1750 et seq." regarding venue under the California Consumer Legal Remedies Act is submitted for filing with this Complaint and also is incorporated herein by reference.

## III. FACTUAL ALLEGATIONS

10. Thorne manufactures, promotes, distributes, advertises and sells the dietary supplement "Thorne Research Basic B Complex" ("Product"). Thorne's website, at http://www.thorne.com/order_online.wss/search_display/individual_product/item_guid/e36a0fb c-8c5f-c0ca-afaa-1f83289da969, states that "Basic B Complex contains the entire B complex, including the activated forms of vitamins B2 (riboflavin 5'-phosphate) and B6 (pyridoxal 5'-phosphate), and also includes 80 mg choline citrate." A true and correct copy of that website page is attached hereto as Exhibit "B" to this Complaint and is incorporated herein by reference.

11. According to the Supplement Facts panel on the Product labeling, Thorne represents that the Product contains 400 mcg. (micrograms) of folate[1] per capsule and 100 percent of the recommended daily requirement of folate (which is 400 mcg. for adults). The Product Data Sheet posted on Thorne's website at http://www.thorne.com/media/B104.pdf represents that:

| Each Capsule Contains: | |
| --- | --- |
| Thiamine (from 50 mg Thiamine HCl) | 40 mg. |
| Riboflavin (from 15 mg Riboflavin 5'-Phosphate) | 11 mg. |
| Niacin (from 10 mg Niacin and 130 mg Niacinamide) | 140 mg. |
| Vitamin B6 15 mg Pyridoxal 5'-Phosphate) | 10 mg. |
| **Folate (200 mcg as Calcium Folinate and 200 mcg as 5-methyl-tetrahydrofolate)** | **400 mcg.** |
| Vitamin B12 (200 mcg as Adenosylcobalamin and 200 mcg as Methylcobalamin) | 400 mcg. |
| Biotin | 400 mcg. |
| Pantothenic Acid (from 110 mg Calcium Pantothenate) | 100 mg. |
| Choline Citrate | 80 mg. |
| Other Ingredients: | |

---

[1] According to the website for the Office of Dietary Supplements at the National Institutes of Health ("NIH"), a part of the U.S. Department of Health and Human Services, folate is a water-soluble B vitamin that occurs naturally in food. Folic acid is the synthetic form of folate that is found in supplements and added to fortified foods [citing as reference, Herbert V. Folic Acid. In: Shils M, Olson J, Shike M, Ross AC, ed. Nutrition in Health and Disease. Baltimore: Williams & Wilkins, 1999.]. (http://dietary-supplements.info.nih.gov/factsheets/folate.asp#en1)

Hypromellose (derived from cellulose) capsule. May contain one
or more of the following hypoallergenic ingredients to fill space –
Magnesium Citrate, Silicon Dioxide. [Emphasis added.]

A true and correct copy of that website page is attached hereto as Exhibit "C" to this Complaint

and is incorporated herein by reference.

12. However, in a product review posted on its website on September 10, 2007,

ConsumerLab.com, LLC ("CL")[2] announced that it had tested the Product along with certain

other leading B vitamins (B complexes, Thiamin, niacin, B-6, B-12, biotin and folic acid) sold

in the U.S. as dietary supplements and had found that the Product "[c]ontained only 56.5% of

labeled amount of folic acid." A true and correct copy of that product review, taken from CL's

website at http://www.consumerlab.com/results/vitaminb.asp, is attached hereto as Exhibit "D"

to this Complaint and is incorporated herein by reference.

13. CL went on to note in the product review that:

> This product was unusual in that, unlike most supplements, rather
> than listing "folic acid" as an ingredient, it claimed that its source
> of folic acid was "calcium folinate" and "5-methyl-
> tetrahydrofolate." These two compounds are related to folic acid
> but fifty percent of each may normally not be in the biologically
> active form, possibly explaining the deficiency that was found.

In an update posted on CL's website with the above product review, CL states that:

> Thorne Research — Thorne Research Basic B Complex:
> (10/23/07) *Thorne has distributed an erroneous and flagrantly
> misleading letter to consumers* dated September 12, 2007
> suggesting that CL's results are in error, which they are not. CL
> found 226 mcg of folate in Thorne's product, while the
> Supplement Facts panel on the product clearly claims that it
> contains "400 mcg" of "folate" and "100%" of the DV (Daily
> Value) for folate — which is also 400 mcg. Rather than
> acknowledge the mislabeling, Thorne's letter, instead, states that it

---

[2] CL is a leading provider of independent test results and information on health, wellness, and nutrition products. Also a certification company, CL allows companies to have their products voluntarily tested for potential inclusion in CL's list of "Approved Quality" products which permits the products to bear the CL Seal. In the past five years, CL has tested more than 1,200 products, representing over 250 different brands and nearly every type of popular supplement.

contains two "folate sources" that "cannot be analyzed using the normal folic acid analytical methods." This is untrue. In fact, a manufacturer of one of these folate sources, calcium folinate, specifically recommends the microbial method that CL used to test for folate. Consumers should be aware that if they want to get 400 mcg of folate (folic acid) from a supplement, this product provides only 56.5% of that amount. [Emphasis added.]

14. Folate[3] is an essential nutrient[4] that helps produce and maintain new cells, an especially important function during infancy and pregnancy. Folate is required to make DNA and RNA, and also helps prevent changes to DNA that may lead to cancer. Children and adults need folate to make normal red blood cells and to prevent anemia. Folate also is essential for the metabolism of homocysteine, and helps maintain normal levels of this amino acid. High homocysteine levels have been associated with the development of several common and

_____

[3] Hereinafter, the two terms, "folic acid" and "folate" will be used interchangeably and given the same general meaning as set forth above in footnote 1.

[4] According to the ODS:

Folic acid is very important for all women who may become pregnant. Adequate folate intake during the periconceptual period, the time just before and just after a woman becomes pregnant, protects against neural tube defects. Neural tube defects result in malformations of the spine (spina bifida), skull, and brain (anencephaly). ...

With folate deficiency, your body may make large red blood cells that do not contain adequate hemoglobin, the substance in red blood cells that carries oxygen to your body's cells. ...

In recent years, researchers have identified another risk factor for cardiovascular disease, an elevated homocysteine level. Homocysteine is an amino acid normally found in blood, but elevated levels have been linked with coronary heart disease and stroke. Elevated homocysteine levels may impair endothelial vasomotor function, which determines how easily blood flows through blood vessels. High levels of homocysteine also may damage coronary arteries and make it easier for blood clotting cells called platelets to clump together and form a clot, which may lead to a heart attack.

A deficiency of folate, vitamin B12 or vitamin B6 may increase blood levels of homocysteine, and folate supplementation has been shown to decrease homocysteine levels and to improve endothelial function. At least one study has linked low dietary folate intake with an increased risk of coronary events. ...

Some evidence associates low blood folate content with a greater risk of cancer. Folate is involved in the synthesis, repair, and function of DNA, our genetic map, and there is some evidence that a deficiency of folate can cause damage to DNA that may lead to cancer. Several studies have associated diets low in folate with increased risk of breast, pancreatic, and colon cancer. ...

(http://dietary-supplements.info.nih.gov/factsheets/folate.asp) A true and correct copy of that website page is attached hereto as Exhibit "E" and incorporated by reference.

1  potentially fatal health conditions, including coronary heart disease and dementia.

2  Homocysteine also has been shown to play a crucial role in identifying disease development

3  determining longevity and health throughout a person's life.

4     15. The Office of Dietary Supplements ("ODS") at the NIH states that the recommended

5  dietary allowances for folate for children and adults are as follows:[5]

| Age (years) | Males and Females (µg*/day) | Pregnancy (µg/day) | Lactation (µg/day) |
|---|---|---|---|
| 1-3 | 150 | N/A | N/A |
| 4-8 | 200 | N/A | N/A |
| 9-13 | 300 | N/A | N/A |
| 14-18 | 400 | 600 | 500 |
| 19+ | 400 | 600 | 500 |

1 DFE [dietary folate equivalent] = 1 µg food folate = 0.6 µg folic acid from supplements and fortified foods.
* µg is the acronym for microgram.

14     16. Defendant at all times relevant promoted, marketed, advertised and labeled the

15  Product as a safe dietary supplement that would be beneficial to consumers' health.

16     17. Plaintiff is a consumer of the Product. In purchasing and using the Product, she was

17  deprived of the folate levels represented for the Product by Thorne on the Product labeling and

18  elsewhere. Additionally, she was deprived of the health benefits of the represented folate

19  content levels, described in part above.

20     18. Plaintiff contends that by labeling and marketing the Product as having a folate

21  content it did not have, Defendant violated the Federal Food, Drug, and Cosmetic Act

22  ("FDCA") and the implementing regulations contained within Title 21, Code of Federal

23  Regulations, Part 107 (21 CFR § 107). Specifically, Plaintiff contends that the Product is

24  misbranded within the meaning of the FDCA (21 U.S.C. § 343(a)(1)).[6]

---

[5] Citing as reference, Institute of Medicine. Food and Nutrition Board. Dietary Reference Intakes: Thiamin, riboflavin, niacin, vitamin B6, folate, vitamin B12, pantothenic acid, biotin, and choline. National Academy Press. Washington, DC, 1998.
[6] "A food shall be deemed to be misbranded - (a) False or misleading label[:] If (1) *its labeling is false or*

## IV. CLASS ALLEGATIONS

19. Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

20. Pursuant to California Civil Code §1781, California Code of Civil Procedure §382, and Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 23, Plaintiff brings this action on behalf of herself and others similarly situated as a representative member of the following proposed class ("Class"): All persons or entities who or which purchased the Product, which was manufactured, distributed, or sold by Defendant during the four years that precede the filing date of this Complaint ("Class Period").

21. Defendant's practices and omissions were applied uniformly to all members of the Class, so that the questions of law and fact are common to all members of the Class. All putative Class members were and are similarly affected by having purchased and ingested Defendant's misbranded Product, and the relief sought herein is for the benefit of Plaintiff and members of the putative class. Plaintiff is informed and believes, and on that basis alleges, that the Plaintiff Class is so numerous that joinder of all members would be impractical.

22. Based on the annual sales of the Product and the popularity of the Product, it is apparent that the number of consumers of the misbranded Product would at least be in the many thousands, thereby making joinder impossible

23. Questions of law and fact common to the Plaintiff Class and the subclasses exist that predominate over questions affecting only individual members, including, inter alia:

      (a)    whether Defendant's practices and representations made in connection with the labeling, advertising, marketing, promotion and sales of the misbranded Product were deceptive, unlawful or unfair in any respect, thereby violating California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200 et seq.;

---

*misleading in any particular....*" [Emphasis added.]

(b)    whether Defendant's practices and representations made in connection with the labeling, advertising, marketing, promotion and sales of the misbranded Product were deceptive, unlawful or unfair in any respect, thereby violating California's False Advertising Law ("FAL"), Cal. Bus. & Prof. Code § 17500 et seq.;

(c)    whether Defendant's practices and representations made in connection with the labeling, advertising, marketing, promotion and sales of the misbranded Product were false and/or misleading;

(d)    whether Defendant concealed, suppressed and/or omitted material facts about the folate content of the Product with its practices and representations made in connection with the labeling, advertising, marketing, promotion and sales of the misbranded Product;

(e)    whether Defendant breached express warranties with its practices, representations and acts made in connection with the labeling, advertising, marketing, promotion and sales of the misbranded Product;

(f)    whether Defendant breached implied warranties with its practices, representations and acts made in connection with the labeling, advertising, marketing, promotion and sales of the misbranded Product;

(g)    whether Defendant violated California's Consumer Legal Remedies Act ("CLRA"), California Civil Code § 1750, et seq., by the practices and representations made in connection with the labeling, advertising, marketing, promotion and sales of the misbranded Product within this state;

(h)    whether Defendant's conduct as set forth above injured consumers and if so, the extent of the injury.

24. The claims asserted by Plaintiff in this action are typical of the claims of the

members of the Plaintiff Class as the claims arise from the same course of conduct by Defendant, and the relief sought is common.

25. Plaintiff will fairly and adequately represent and protect the interests of the members of the Plaintiff Class and all subclasses. Plaintiff has retained counsel competent and experienced in both consumer protection and class action litigation.

26. Certification of this class action is appropriate under Fed. R. Civ. Civ. 23(b), California Code of Civil Procedure §382 and California Civil Code §1781, because the questions of law or fact common to the respective Class members predominate over questions of law or fact affecting only individual members. This predominance makes class litigation superior to any other method available for the fair and efficient adjudication of these claims. Absent a class action, it would be highly unlikely that the representative Plaintiff or any other Class member would be able to protect their own interests because the cost of litigation through individual lawsuits might exceed expected recovery.

27. Certification also is appropriate because Defendant acted or refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive relief with respect to the class as a whole. Further, given the large number of consumers of the misbranded Product, allowing individual actions to proceed in lieu of a class action would run the risk of yielding inconsistent and conflicting adjudications.

28. A class action is a fair and appropriate method for the adjudication of the controversy, in that it will permit a large number of claims to be resolved in a single forum simultaneously, efficiently, and without the unnecessary hardship that would result from the prosecution of numerous individual actions and the duplication of discovery, effort, expense and burden on the courts that such individual actions would engender. The benefits of proceeding as a class action, including providing a method for obtaining redress for claims that would not be practical to pursue individually, outweigh any difficulties that might be argued with regard to the management of this class action.

29. In the aggregate, the claims of the individual Class members exceed the sum of $5,000,000.00, exclusive of interest and costs.

## V. FIRST CAUSE OF ACTION:

## FOR VIOLATION OF BUS & PROF. CODE §17200 ET SEQ.

30. Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

31. This cause of action is brought on behalf of Plaintiff and members of the general public pursuant to Cal. Bus. & Prof. Code § 17200 et seq., which provides that "unfair competition shall mean and include any unlawful, unfair or deceptive business act or practice and unfair, deceptive, untrue or misleading advertising and any act prohibited by Chapter I (commencing with Section 17500) as Part 3 of Division 7 of the Business and Professions Code."

32. Plaintiff is informed and believes, and based on such information and belief, alleges that Defendant committed unfair business acts and/or practices. The utility of Defendant's misleading and/or deceptive labeling, advertising, promotion or marketing of the Product, as well as its non-disclosure of the lack of certain health benefits from the Product, for the purpose of selling its misbranded Product, is negligible, if any, when weighed against the extent of harm to the general public, Plaintiff and Class members. The harmful impact upon members of the general public and the Class who were and are misled and deceived with respect to Defendant's labeling, advertising, promotion or marketing of the Product as containing 400 mcg. of folate, when in fact the Product actually contains only 56.5 percent of the represented folate content, outweighs any reasons or justifications by Defendant in using that characterization of the Product in its labeling, advertising, promotion or marketing of the Product. Defendant had an improper motive (as alleged in this Complaint) in labeling, advertising, promotion or marketing the Product as containing 400 mcg. of folate, when in fact the Product actually contains only 56.5 percent of the represented folate content. The utilization of unlawful, unfair and/or deceptive practices was and is under the sole control of Defendant, and was fraudulently and deceptively hidden from members of the general public in its labeling, advertising, promotion or marketing. As a purchaser and consumer of Defendant's misbranded Product and as a member of the general public in California who has been injured by Defendant's unlawful and/or unfair

1  practices, Plaintiff is entitled to and does bring this class action seeking all available remedies

2  under the UCL, including declaratory and injunctive relief and restitution, as well as attorneys'

3  fees and costs.

4      33. Defendant committed a deceptive act or practice by making written and/or oral

5  material representations (and material omissions) that have a capacity, tendency, or likelihood to

6  deceive or confuse reasonable consumers by representing that the Product contained 400 mcg.

7  of folate, when in fact the Product actually contained only 56.5 percent of the represented folate

8  content.

9      34. Defendant also has committed unlawful acts and practices within the scope of the

10  UCL by violating the CLRA as set forth in detail below. This violation of the CLRA serves as a

11  predicate violation of this prong of the UCL.

12      35. Plaintiff is informed and believes and based thereon alleges that Defendant continues

13  these unlawful, unfair and/or deceptive business practices alleged herein. Defendant's acts,

14  misrepresentations, concealment of material facts and failures to disclose as alleged in this

15  Complaint constitute unlawful, unfair and/or deceptive business practices within the meaning of

16  California Bus. & Prof. Code § 17200 et seq. Plaintiff and members of the general public were,

17  and are likely to be deceived by Defendant's scheme to misrepresent the actual nature of the

18  Product. Pursuant to California Bus. & Prof. Code §17203, plaintiff, on behalf of herself and

19  members of the general public, seeks an order of this Court:

20          (a)     enjoining Defendant from continuing to engage, use, or employ

21                  any unlawful, unfair and/or deceptive business act or practice and

22                  unfair, deceptive, untrue or misleading labeling, advertising,

23                  promotion or marketing and any act prohibited by Chapter I

24                  (commencing with Section 17500) of Part 3 of Division 7 of the

25                  Business and Professions Code; and

26          (b)     restoring all monies that may have been acquired by Defendant as

27                  a result of such unlawful, unfair, or deceptive act or practices.

28      36. Plaintiff and members of the general public may be irreparably harmed and/or denied

an effective and complete remedy if such an order is not granted. The unlawful, unfair and/or deceptive acts and practices of Defendant, as described above, present a serious threat to Plaintiff and members of the general public.

37. As a result of Defendant's violation of the UCL, Plaintiff and the Class are entitled to restitution for out-of-pocket expenses and economic harm.

38. Pursuant to Civil Code § 3287(a), Plaintiff and Class Members are further entitled to pre-judgment interest as a direct and proximate result of Defendant's wrongful conduct. The amount of damages suffered as a result is a sum certain and capable of calculation and Plaintiff and Class members are entitled to interest in an amount according to proof.

## VI. SECOND CAUSE OF ACTION:

## FOR VIOLATION OF BUS. & PROF. CODE §17500 ET SEQ.

39. Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

40. In violation of California Bus. & Prof. Code §17500, Defendant has disseminated, or caused to be disseminated, false and misleading statements and representations in advertisements, labeling promotion and/or marketing of the Product.

41. These include labeling, advertising, promotion or marketing the Product as containing 400 mcg. of folate, when in fact the Product actually contains only 56.5 percent of the represented folate content, as set forth above.

42. Defendant's representations in the advertisements, promotions and/or marketing of the misbranded Product are untrue and/or misleading as set forth above.

43. Plaintiff is informed and believes and based thereon alleges, that Defendant continues to disseminate, or cause to be disseminated, such false and misleading statements alleged herein.

44. Defendant is disseminating labeling and advertising concerning the Product which by its very nature is unfair, deceptive, untrue or misleading within the meaning of California Bus. & Prof. Code §17500 et seq. Such advertisements are likely to deceive, and continue to deceive the consuming public.

45. In making and disseminating the statement alleged herein, Defendant knew or should have known that the statements were untrue or misleading, and acted in violation of California Bus. & Prof. Code §17500 et seq.

46. As a direct and proximate result of Defendant's wrongful conduct, Plaintiff and the Class Members have suffered substantial monetary and non-monetary damage. Pursuant to California Business and Professions Code §17535, plaintiff, on behalf of herself and members of the general public, seeks an order of this Court:

    (a)    enjoining Defendant from continuing to engage, use, or employ any act prohibited by Chapter I (commencing with Section 17500) of part 3 of Division 7 of the Business and Professions Code; and

    (b)    restoring all monies that may have been acquired by means of Defendant's false and misleading statements in advertisements, promotions and/or marketing described herein.

47. As such, Plaintiff and the members of the Class request that this Court cause the Defendant to restore this money to them, and to enjoin the Defendant from continuing to violate California Bus. & Prof. Code §17500 et seq., as alleged above. If Defendant's conduct is not enjoined, Plaintiff and the members of the Class will continue to be damaged by Defendant's false and misleading labeling and advertising.

48. Pursuant to Civil Code § 3287(a), Plaintiff and Class members are further entitled to pre-judgment interest as a direct and proximate result of Defendant's wrongful conduct. The amount of funds paid by Plaintiff and Class members as a result of said acts is a sum certain and capable of calculation, and Plaintiff and Class members are entitled to interest in an amount to be set forth according to proof.

## VII. THIRD CAUSE OF ACTION:
## FOR NEGLIGENT MISREPRESENTATION

49. Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

50. Beginning at an exact date unknown to plaintiff, but at least since three years prior to

1    the filing date of this action, Defendant represented to the public, including Plaintiff, by means

2    of labeling, advertisements, promotion and/or marketing, that the Product contains 400 mcg. of

3    folate per capsule, when in fact the Product actually contains only 56.5 percent of the

4    represented folate content as set forth above. Additionally, Defendant distributed a letter to

5    consumers, dated September 12, 2007, suggesting that CL's results are in error.

6        51. Defendant's representations were untrue as set forth above.

7        52. Defendant made the representations herein alleged with the intention of inducing the

8    public to purchase and ingest Defendant's Product.

9        53. Plaintiff and other members of the general public saw, believed, and relied on

10   Defendant's labeling and advertising representations and, in reliance on them, purchased and

11   ingested the Product. The reliance by Plaintiff and Class members was reasonable and justified

12   in that Defendant has been in business for many years and appeared to be a reputable business.

13   They would not have purchased the Product had they known the true facts about it.

14       54. At the time Defendant made the misrepresentations herein alleged, Defendant had no

15   reasonable grounds for believing the representations to be true.

16       55. As a proximate result of Defendant's negligent misrepresentations, Plaintiff and

17   other members of the general public were induced to purchase and ingest the Product, spending

18   an amount to be determined at trial on the Product and receiving a product they otherwise would

19   not have purchased had they known the true facts regarding it.

20                        **VIII. FOURTH CAUSE OF ACTION:**

21                    **FOR INTENTIONAL MISREPRESENTATION**

22       56. Plaintiff realleges and incorporates by reference the allegations set forth in each of

23   the preceding paragraphs of this Complaint.

24       57. Beginning at an exact date unknown to plaintiff, but at least since three years prior to

25   the filing date of this action, Defendant represented to the public, including Plaintiff, by means

26   of labeling, advertisements, promotion and/or marketing, that the Product contains 400 mcg. of

27   folate per capsule, when in fact the Product actually contains only 56.5 percent of the

28   represented folate content, as set forth above. Additionally, Defendant distributed a letter to

1  consumers, dated September 12, 2007, suggesting that CL's results are in error.

2       58. Defendant's representations were untrue as set forth above.

3       59. Defendant made the representations herein alleged with the intention of inducing the

4  public to purchase and ingest the Product.

5       60. Plaintiff and other members of the general public saw, believed, and relied on

6  Defendant's labeling and advertising representations and, in reliance on them, purchased and

7  ingested the Product. The reliance by Plaintiff and Class members was reasonable and justified

8  in that Defendant has been in business for many years and appeared to be a reputable business.

9  They would not have purchased the Product had they known the true facts about it.

10      61. At the time Defendant made the representations herein alleged, Defendant knew the

11  representations were false.

12      62. Defendant made these misrepresentations with the intention of depriving Plaintiff

13  and Class members of property or otherwise causing injury, and was guilty of fraud.

14      63. As a proximate result of Defendant's intentional misrepresentations, Plaintiff and

15  other members of the general public were induced to spend an amount to be determined at trial

16  on Defendant's Product, a product they otherwise would not have purchased had they known the

17  true facts regarding it.

18      64. Plaintiff is informed and believes and thereon alleges that Defendant knew that the

19  Product did not contain the levels of folate represented in the labeling and elsewhere by

20  Defendant, and that Defendant intended that customers and the unknowing public should rely on

21  its representations as set forth herein and its suppression of facts regarding the Product. Plaintiff

22  and other members of the general public, in purchasing and using the products as herein alleged,

23  did rely on Defendant's above representations, all to their damage as hereinabove alleged. In

24  doing these things, Defendant was guilty of malice, oppression, and fraud, and Plaintiff and

25  Class members are, therefore, entitled to recover punitive damages.

26              **IX. FIFTH CAUSE OF ACTION:**

27              **FOR FRAUDULENT CONCEALMENT**

28      65. Plaintiff realleges and incorporates by reference the allegations set forth in each of

1   the preceding paragraphs of this Complaint.

2       66. Defendant suppressed the facts regarding the Product's actual folate content, as

3   opposed to the purported folate content Defendant represented that the Product had, in its

4   labeling, advertisements, promotion and/or marketing.

5       67. Defendant was bound to disclose the truthful amount of the folate content contained

6   in the Product, but instead listed a false amount of folate content in its labeling, advertisements,

7   promotion and/or marketing of the Product.

8       68. Defendant concealed these facts when it knew the true and correct facts regarding the

9   Product.

10       69. The concealment of the true facts from Plaintiff and Class Members was done with

11   the intent to induce Plaintiff and Class Members to purchase the Product.

12       70. Plaintiff and other members of the general public saw, believed, and relied on

13   Defendant's labeling and advertising representations and, in reliance on them, purchased and

14   ingested the Product. The reliance by Plaintiff and Class members was reasonable and justified

15   in that Defendant has been in business for many years and appeared to be a reputable business.

16   They would not have purchased the Product had they known the true facts about it.

17       71. As a direct and proximate result of the fraud and deceit alleged, Plaintiff and Class

18   members were induced to purchase the Product and have suffered damages in an amount to be

19   determined at trial in that, among other things, they have been deprived of the benefit of their

20   bargain in buying a product that did not contain the folate content represented in Defendant's

21   labeling, advertisements, promotion and/or marketing of the Product.

22       72. Plaintiff is informed and believes and thereon alleges that Defendant knew that the

23   Product did not contain the folate content represented in Defendant's labeling, advertisements,

24   promotion and/or marketing of the Product, and that Defendant intended that customers and the

25   unknowing public should rely on its representations as set forth herein regarding the Product, as

26   well as Defendant's suppression of the true facts about the Product. Plaintiff and other members

27   of the general public, in purchasing and using the products as herein alleged, did rely on

28   Defendant's above representations, all to their damage as hereinabove alleged. In doing these

1    things, Defendant was guilty of malice, oppression, and fraud, and Plaintiff and Class members

2    are, therefore, entitled to recover punitive damages.

3    ## X. SIXTH CAUSE OF ACTION:

4    ## FOR FRAUD BY OMISSION

5    73. Plaintiff realleges and incorporates by reference the allegations set forth in each of

6    the preceding paragraphs of this Complaint.

7    74. Beginning at an exact date unknown to Plaintiff, but at least since three years prior to

8    the filing date of this action, and as set forth above, Defendant represented to Plaintiff and the

9    Class, by packaging and other means, that the Product contains 400 mcg. of folate in each

10   capsule. Defendant's representations were untrue, in that the Product contains only 225 mcg. of

11   folate in each capsule, or 56.5 percent of the represented amount. Additionally, Defendant

12   distributed a letter to consumers, dated September 12, 2007, suggesting that CL's results are in

13   error, when they are not.

14   75. As the result of the representations Defendant made about the Product's purported

15   folate content, Plaintiff and the Class had expectations about the Product as set forth in detail

16   above.

17   76. Because of its position in relationship to Plaintiff and the Class, and its testing of the

18   Product, Defendant was in a superior position to know the true facts regarding the folate content

19   claims for the Product, as set forth above, and had exclusive knowledge of those facts.

20   Defendant actively concealed those facts from Plaintiff and the Class by not accurately

21   conveying the true folate content, and it also suppressed facts regarding the basis for the folate

22   content claims and the actual folate content.

23   77. Plaintiff and the Class were unaware of these facts that Defendant omitted from its

24   folate content claims for the Product, and instead relied on the representations Defendant did

25   make regarding the Product. By omitting these facts, Defendant deceived Plaintiff and the Class.

26   78. The facts of which Defendant had exclusive knowledge, which it actively concealed

27   from Plaintiff and the Class and which it suppressed, were material facts in that had they been

28   disclosed, Plaintiff and the Class would have been aware of them, and as reasonable consumers,

they would have behaved differently in deciding whether to purchase the Product as opposed to other similar products; they would not have purchased the Product. Therefore, Defendant was obliged to disclose those facts to Plaintiff and the Class, but failed to do so, intentionally omitting them in its promotion, advertising, marketing and packaging of the Product.

79. Defendant knew the omission of these material facts was deceptive, and that by its omission of these material facts from its folate content representations regarding the Product, Plaintiff and Class Members would rely on the representations it did make, and as a direct result, be deceived about the purported folate content of the Product.

80. Defendant intentionally omitted these material facts in its representations to Plaintiff and Class Members with the fraudulent intent to induce Plaintiff and Class Members to rely on its claims made regarding the purported folate content of the Product and to purchase and ingest the Product.

81. Plaintiff and Class Members did rely on the claims made by Defendant regarding the purported folate content of the Product, and they purchased and ingested the Product. The reliance by Plaintiff and Class members was reasonable and justified in that Defendant appeared to be, and represented itself to be, a reputable business. Plaintiff and Class members would not have purchased the Product had they known the true facts about it.

82. As a direct and proximate result of the fraud and deceit alleged, Plaintiff and Class members were induced to purchase the Product and used it for its intended and foreseeable purpose, and have suffered damages in an amount to be determined at trial in that, among other things, they have spent money on a product that was not what it was represented to be, a product they would not have purchased had they known the true facts about it.

83. Defendant knew that the aforementioned Product did not contain the folate content it claimed, and intended that customers like Plaintiff and the Class should rely on its representations and omission of material facts. In doing the things aforementioned, Defendant was guilty of malice, oppression, and fraud, and Plaintiff and the Class are, therefore, entitled to recover exemplary or punitive damages.

# XI. SEVENTH CAUSE OF ACTION:

## FOR BREACH OF EXPRESS WARRANTY

84. Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

85. Beginning at an exact date unknown to Plaintiff, but at least since four years prior to the filing date of this action, and as set forth above, Defendant represented to Plaintiff and the Class, by packaging and other means, that the Product contains 400 mcg. of folate in each capsule. That promise became part of the basis of the bargain between the parties and thus constituted an express warranty.

86. Thereon Defendant sold the goods, or Product, to Plaintiff and the Class, who bought the Product from Defendant.

87. However, Defendant breached the express warranty in that the Product contained only 56.5 percent of the folate content that Defendant represented the Product had, as set forth in detail above. As a result of this breach, Plaintiff and the Class in fact did not receive goods as warranted by Defendant.

88. As a proximate result of this breach of warranty by Defendant, Plaintiff and the Class were damaged in an amount to be determined at trial.

# XII. EIGHTH CAUSE OF ACTION

## FOR BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

89. Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

90. Beginning at an exact date unknown to Plaintiff, but at least since four years prior to the filing date of this action, and as set forth above, Defendant represented to Plaintiff and the Class, by packaging and other means, that the Product contains 400 mcg. of folate in each capsule. Plaintiff and the Class bought those goods from Defendant.

91. Defendant was a merchant with respect to goods of the kind which were sold to Plaintiff, and there was in the sales to Plaintiff and the Class an implied warranty that those goods were merchantable.

92. However, Defendant breached that warranty implied in the contract for the sale of goods in that the Product contains only 56.5 percent of the folate content that Defendant represented the Product had, as set forth in greater detail above.

93. As a result thereof, Plaintiff and the Class did not receive goods as impliedly warranted by Defendant to be merchantable.

94. As a proximate result of this breach of warranty by Defendant, Plaintiff and the Class were damaged in an amount to be determined at trial.

## XIII. NINTH CAUSE OF ACTION

### FOR BREACH OF IMPLIED WARRANTY OF FITNESS FOR PURPOSE

95. Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

96. Beginning at an exact date unknown to Plaintiff, but at least since four years prior to the filing date of this action, and as set forth above, Plaintiff sought a healthy dietary supplement that contained the daily recommended dietary requirement of folate for adults. Plaintiff and the Class relied on Defendant's skill and judgment, as a major producer and marketer of dietary supplements upon which the public has relied for years, to select and furnish suitable goods for that purpose, and on or about that time Defendant sold the Product to Plaintiff and the Class, who bought those goods, or the Product, from Defendant in reliance on Defendant's skill and judgment.

97. At the time of sale, Defendant had reason to know the particular purpose for which the goods were required, and that Plaintiff was relying on Defendant's skill and judgment to select and furnish suitable goods, so that there was an implied warranty that the goods were fit for this purpose.

98. However, Defendant breached the warranty implied at the time of sale in that Plaintiff and the Class did not receive suitable goods, and the goods were not fit for the particular purpose for which they were required, in that the goods contain only 56.5 percent of the daily recommended dietary requirement of folate: the 400 mcg. folate content that Defendant represented the Product had.

99. As a proximate result of this breach of warranty by Defendant, Plaintiff and the Class were damaged in an amount to be determined at trial.

## XIV. TENTH CAUSE OF ACTION:

## FOR VIOLATIONS OF CALIFORNIA'S CONSUMER LEGAL REMEDIES ACT

100. Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

101. The acts and practices described above were undertaken by the Defendant in connection with a "transaction" (as defined in Civil Code §1761(e)) which was intended to and did result in the sale of "goods" (as defined in Civil Code §1761(a)) to "consumer[s]" (as defined in Civil Code §1761(d)). Defendant's acts and practices, as alleged in detail above, violated and continue to violate Section 1770(a)(5) of the CLRA in that Defendant represented to the public, including Plaintiff, by means of labeling, advertisements, promotion and/or marketing, that the Product they were purchasing and ingesting contained 400 mcg. of folate content in each capsule, when it did not.

102. Plaintiff and Class members seek and are entitled to equitable relief in the form of an order:

      (a)     enjoining Defendant from continuing to engage in the deceptive business practices described above;

      (b)     requiring Defendant to make full restitution of all monies wrongfully obtained as a result of the conduct described above;

      (c)     requiring Defendant to disgorge all ill-gotten gains flowing from the conduct described above; and

      (d)     enjoining Defendant from such deceptive business practices in the future.

103. Pursuant to Section 1782 of the CLRA, Plaintiff is notifying Defendant in writing of the particular violations of Section 1770 of the CLRA (the Notice) and is demanding, among other things, that Defendant cease marketing the misbranded Product as set forth in detail above, and that Defendant provide restitution to consumers who purchased the Product. Plaintiff is

1  sending Notice by means of by certified mail, return-receipt requested, to Defendant at its

2  principal place of business concurrent with the service of this Complaint. If Defendant fails to

3  respond to Plaintiff's demand within thirty days of receipt of the Notice, pursuant to section

4  1782 of the CLRA, Plaintiff will amend this Complaint to request statutory damages, actual

5  damages, plus punitive damages, interest and attorney's fees. Regardless of such an amendment

6  to seek damages, however, Plaintiff seeks and is entitled to, pursuant to Section 1780(a)(2) of

7  the CLRA, an order as set forth herein enjoining the above-described wrongful acts and

8  practices of Defendant, plus costs and attorney's fees and any other relief which the Court

9  deems proper.

10                              **XV. PRAYER FOR RELIEF**

11      WHEREFORE, Plaintiff, on behalf of herself and all others similarly situated, and for

12  members of the general public as private attorneys general under California Business and

13  Professions Code § 17204, prays for relief pursuant to each cause of action set forth in this

14  Complaint as follows:

15      1. For an order certifying that the action may be maintained as a class action.

16      2. For an award of equitable relief pursuant as follows:

17          (a)    enjoining Defendant from continuing to engage in the unlawful,

18                 unfair and fraudulent business practices and deceptive labeling

19                 and advertising described in this Complaint;

20          (b)    requiring Defendant to make full restitution of all monies

21                 wrongfully obtained as a result of the conduct described in this

22                 Complaint;

23          (c)    requiring Defendant to disgorge all ill-gotten gains flowing from

24                 the conduct described in this Complaint; and

25          (d)    enjoining from marketing and selling the misbranded Product.

26      3. For actual and punitive damages under the CLRA in an amount to be proven at trial,

27  including any damages as may be provided for by statute upon the filing of an amended

28  Complaint should the demanded corrections not take place within the thirty-day notice period.

1      4. For an award of attorney's fees pursuant to, inter alia, §1780(d) of the CLRA and

2  Code of Civil Procedure §1021.5.

3      5. For actual damages in an amount to be determined at trial for the Third, Fourth, Fifth,

4  Sixth, Seventh, Eighth and Ninth Causes of Action;

5      6. For punitive damages in an amount to be determined at trial for the for the Fourth,

6  Fifth and Sixth Causes of Action;

7      7. For an award of costs and any other award the Court might deem appropriate; and

8      8. For pre- and post-judgment interest on any amounts awarded.

9                   Hewell Law Firm, APC

10

11  DATED: November 17, 2007.

12                        By: _____

13                            Harold M. Hewell
                              (by electronic signature)

14                    Howard Rubinstein (Fla. SBN: 104108)
                    Attorney at Law

15                    914 Waters Avenue, Suite 20
                    Aspen, Colorado 81611

16

                    ATTORNEYS FOR PLAINTIFF

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT LIST

| Exhibit | Pages |
|---|---|

**Exhibit "A":**
Thorne website page at
http://www.thorne.com/about_Thorne.wss                    A - 27

**Exhibit "B":**
Thorne website page at
http://www.thorne.com/order_online.wss/
search_display/individual_product/item_guid/
e36a0fbc-8c5f-c0ca-afaa-1f83289da969                      B - 29

**Exhibit "C":**
Thorne website page at
http://www.thorne.com/media/B104.pdf                      C - 31

**Exhibit "D":**
CL website page at
http://www.consumerlab.com/results/vitaminb.asp           D - 33 through D - 44

**Exhibit "E":**
ODS website page at
http://dietary-supplements.info.nih.gov/factsheets/folate.asp     E - 46 through E - 55

Exhibit "A"

home    site map    site search    contact us    order online    login

**thorne research**
**information**

Thorne research information
about Thorne
the original specialists in pure encapsulations
setting industry standards
career opportunities



**about thorne**

For over 20 years Thorne Research has set the standard for exceptional formulations, quality, and purity in the nutritional supplement industry. Since our humble beginnings in 1984 in a small, rented space in Tukwila, Washington, with just two employees (actually Al and Kelly Czap, the two owners of the company), our philosophy has been the same - provide the purest supplements humanly possible at a reasonable price. In 2007, our manufacturing plant, warehouse, and shipping facility - in Sandpoint and Dover, Idaho since 1990 - covers 76,000 square feet, and we now employ over 120 people. The business has changed dramatically, but the Thorne philosophy has stayed the same - manufacture the finest, purest, highest quality nutritional supplements in the world. We understand that people's lives actually depend on our products, and we take that responsibility very seriously.



*while some companies say they are raising their standards ...at Thorne, we are them.™*

A - 27

Exhibit "B"

home    site map    site search    contact us    order online    login



order online



*while stock complexes say they are mixing their wonders & at Thorne, we test them.*

**BACK**

**BASIC B COMPLEX**



Basic B Complex contains the entire B complex, including the activated forms of vitamins B2 (riboflavin 5'-phosphate) and B6 (pyridoxal 5'-phosphate), and also includes 80 mg choline citrate.



You must be logged in and have an active account to purchase this product.

**Dosage:** 1 to 3 capsules qd

| Each Capsule Contains | | DV% |
|---|---|---|
| Thiamine (from 50 mg Thiamine HCl) | 40 mg | 2667% |
| Riboflavin (from 15 mg Riboflavin 5'-Phosphate) | 11 mg | 647% |
| Niacin (from 10 mg Niacin and 130 mg Niacinamide) | 140 mg | 700% |
| Vitamin B6 (from 15 mg Pyridoxal 5'-Phosphate) | 10 mg | 500% |
| Folate (200 mcg as Calcium Folinate and 200 mcg as 5-methyl-tetrahydrofolate) | 400 mcg | 100% |
| Vitamin B12 (200 mcg as Adenosylcobalamin and 200 mcg as Methylcobalamin) | 400 mcg | 6667% |
| Biotin | 400 mcg | 133% |
| Pantothenic Acid (from 110 mg Calcium Pantothenate) | 100 mg | 1000% |
| Choline Citrate | 80 mg | * |

*Daily Value (DV) not established

B104/ 60

A woman who is pregnant or nursing, or who might become pregnant, should consult a health-care practitioner before using this product.

SPECIAL NOTE:

Exhibit "C"



## DESCRIPTION
### BASIC B COMPLEX
**Dietary Supplement**
Each Capsule Contains:

Thiamine (from 50 mg Thiamine HCl) ........................................... 40 mg.
Riboflavin (from 15 mg Riboflavin 5'-Phosphate) ......................... 11 mg.
Niacin (from 10 mg Niacin and 130 mg Niacinamide) ................. 140 mg.
Vitamin B6 15 mg Pyridoxal 5'-Phosphate) ................................. 10 mg.
Folate (200 mcg as Calcium Folinate and
    200 mcg as 5-methyl-tetrahydrofolate)................................ 400 mcg.
Vitamin B12 (200 mcg as Adenosylcobalamin and
    200 mcg as Methylcobalamin) .......................................... 400 mcg.
Biotin ......................................................................................... 400 mcg.
Pantothenic Acid (from 110 mg Calcium Pantothenate) ............. 100 mg.
Choline Citrate .............................................................................. 80 mg.

**Other Ingredients:**
Hypromellose (derived from cellulose) capsule. May contain one
or more of the following hypoallergenic ingredients to fill space –
Magnesium Citrate, Silicon Dioxide.

**B104 / 60 Vegetarian Capsules**

## EXCIPIENT FREE
This product does not contain wheat, gluten, corn, yeast,
soy, egg, dairy products, or artificial colors, sweeteners, or
flavors. This product also does not contain lactose, palmitic acid,
or magnesium, calcium, or vegetable stearates.

## HOW SUPPLIED
Basic B Complex is supplied in bottles of 60 two-piece
vegetarian capsules. Packed 12 bottles per case.

## CONTRAINDICATIONS AND WARNINGS
Folinic acid supplementation is not recommended
concurrently with methotrexate cancer therapy, as it can interfere
with methotrexate's anti-neoplastic activity; however, folinic
acid has not been shown to interfere with the anti-inflammatory
activity of methotrexate. A patient taking methotrexate for
psoriasis, rheumatoid arthritis, or juvenile rheumatoid arthritis
can safely take a folate supplement.

## INTERACTIONS
No known adverse interactions at publication date.

## PREGNANCY WARNING
A patient who is pregnant or nursing, or who might
become pregnant, should consult a health-care practitioner
before using this product.

Some women may reduce their risk of having a child
with birth defects of the brain and spinal cord by maintaining
adequate intakes of folate during their childbearing years. The
safe upper limit of daily intake value of folate is 1,000 mcg.
Folate needs to be consumed as part of a woman's healthful diet.

## DOSAGE
Adult patients: 1 capsule one to three times daily, or as
otherwise directed by a health-care practitioner.

## STORAGE
Store tightly sealed in a cool dry place, away from direct
light. Keep out of the reach of children.

## MANUFACTURED BY
Thorne Research, Inc.
Dover, Idaho USA 83825
800-228-1966
208-265-2488 fax
info@thorne.com
www.thorne.com

*While some companies say*
*they are raising their standards*
*... at Thorne, we set them.*™



*the Original Specialists*
*in Pure Encapsulations*™

EMAIL: info@thorne.com  WEBSITE: www.thorne.com
TOLL FREE: (800)228-1966 TOLL-FREE FAX: (800)747-1950
P.O. BOX 25, DOVER, IDAHO, 83825

These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

© 2005 Thorne Research, Inc. All rights reserved.

Exhibit "D"



Be Sure It's CL Approved



**Mission: To identify the best quality health and nutrition products through independent testing**

Search this Site [GO]

Home

▲ Product Tests

Natural Products Encyclopedia

Where to Buy Products

News

Recalls & Warnings

Testing Programs

About Us

The CL Seal

Gift Memberships

Join Free Newsletter

Contact Us / Help

Advertisement



Free Information!
Endless Pools
Swim at Home



Save money on prescriptions!

**Find Drug Prices at Online Pharmacies**

Type drug name [Go]



Medicare DrugPlans .com

Renew   My Account   Log-out

**Get Reviews!**   -- Select a Review --

## Product Review: *B Vitamins (B Complexes, Thiamin, Niacin, B-6, B-12, Biotin and Folic Acid)*
—

Initial Posting: 9/10/07    Updated: 11/12/07    Jump to test results

---

**Update:**
The following actions have been taken by manufacturers of some of the products that failed testing:

**Costco** — *Kirkland Signature® B-50 Formula with 100% Folic Acid:* (9/11/07) Dahai Guo, a spokesman for Inverness Medical Innovations Inc., which manufacturers this product for Costco, was quoted in a news article as saying "We think there is a high possibility that (ConsumerLab.com's) testing method isn't sensitive enough" to detect fully for all folic acid. ConsumerLab.com believes this speculation to be unfounded. This product claims to be tested by the USP, and ConsumerLab.com used the USP method. In addition, a second method was also used for confirmation and the results were the same. These are the most appropriate and sensitive methods available and are the ones that the FDA itself suggests be used according to the FDA ORA Laboratory Manual (see section 11.4.2 of the manual at http://www.fda.gov/ora/science_ref/lm/vol4/section/11.pdf).

(11/12/07) USP, which is under contract to the manufacturer, issued a news release (see http://www.eurekalert.org/pub_releases/2007-11/up-mto111207.php) claiming that its own testing shows the B-50 tablets to contain the required amount of folic acid. However, unaddressed in the release was whether the tested product was supplied by the manufacturer (rather than purchased at retail) and whether the product was from the same lot tested by ConsumerLab.com or a different lot. These questions were put to USP in a letter immediately sent to its CEO. More information will be posted here if and when received.

**Thorne Research** — *Thorne Research Basic B Complex:* (10/23/07) Thorne has distributed an erroneous and flagrantly misleading letter to consumers dated September 12, 2007 suggesting that CL's results are in error, which they are not. CL found 226 mcg of folate in Thorne's product, while the Supplement Facts panel on the product clearly claims that it contains "400 mcg" of "folate" and "100%" of the DV (Daily Value) for folate — which is also 400 mcg. Rather than acknowledge the mislabeling, Thorne's letter, instead, states that it contains two "folate sources" that "cannot be analyzed using the normal folic acid analytical methods." This is untrue. In fact, a manufacturer of one of these folate sources, calcium folinate, specifically recommends the microbial method that CL used to test for folate. Consumers should be aware that if they want to get 400 mcg of folate (folic acid) from a supplement, this product provides only 56.5% of that amount.

D - 33

ConsumerLab.com's testing methods are always immediately available index of methods. It maintains a cooperative policy to provide manufacturers of failing products detailed test results for their product upon request and the opportunity for re-testing of the tested product by a third party.

**Sections:** Jump to a section by clicking on its name.

- Background
- Quality Concerns and What CL Tested For
- What CL Found
- *Test Results by Product*
- What to Consider When Buying and Using
- Concerns and Cautions
- Full list of Ingredients by Product
- How Products Were Evaluated

**Background:**
There are eight B vitamins — individually known as thiamin hydrochloride (B-1), riboflavin (B-2), niacin (B-3), pantothenic acid (B-5), pyridoxine hydrochloride (B-6), cyanocobalamin (B-12), folic acid (folate) and biotin. Like most vitamins, B vitamins are essential — your body cannot make them; you must get them from your diet or from supplements.

Each B vitamin is associated with a variety of functions. Several (B-6, B-12, and folate) have shown promise for reducing the risk of heart disease, leading to the current popularity of B complex supplements. Folate is also important in reducing birth defects of the spinal cord and is, therefore, a critical ingredient in prenatal vitamins. Niacin, when taken in very high doses, can improve cholesterol levels. (See ConsumerTips™ for more information on uses, doses, safe levels, and food sources for *each* of the B vitamins.)

**Quality Concerns and What CL Tested For:**
Earlier research by ConsumerLab.com had found problems with the B vitamin content of several supplements. Neither the U.S. government nor any agency is responsible for routinely testing B vitamin products or other dietary supplements for their contents or quality.

ConsumerLab.com, as part of its mission to independently evaluate products that affect health, wellness, and nutrition, purchased dietary supplements sold in the U.S. and Canada claiming to contain single B vitamins or B vitamin complexes. These products were tested to see if they contained their claimed amounts of the eight B vitamins. Products sold as tablets or caplets were also tested for their ability to break apart properly for absorption. In addition, products were evaluated to determine if their suggested daily dose exceeded Tolerable Upper Intake Levels (ULs) for B vitamins as established by the Institute of Medicine of the National Academies. See How Products were Evaluated for more details about the testing.

**What CL Found:**
Three B-complex products failed testing as did one folic acid supplement. All of these failed because they contained less folic acid than claimed. In fact, two had only about half of the amount.

ConsumerLab.com had these products tested again in second, separate laboratory using another accepted method of folic acid analysis. Again, each of the products failed the tests. It is possible that the correct amounts of folic acid were included in these products when originally made, but folic acid is known to be unstable in heat, air, water and in basic environments. If not properly manufactured, shipped or stored, folic acid can break down.

In addition to being an essential nutrient, folic acid may decrease the risk of colon cancer and, along with vitamin B-6, reduce the risk of heart disease and stroke in adults. Deficiency can have wide-ranging effects including anemia and an increased risk of spinal cord defects in infants. It is important, for example, that women who are or may soon become pregnant get 400 mcg of folic acid from a supplement daily in addition folic acid in their diet.

The products that failed testing were:
B-Complexes:

- *Kirkland Signature™ B-50 Formula with 100% Folic Acid* had only 52.5% of its claimed folic acid, despite bearing a "USP Verified" certification seal and a statement claiming "USP has

D - 34

tested and verified ingredients, potency and manufacturing process."

- *Life Time® Balanced B-100 Vitamin B Complex Capsules* had only 72.5% of its claimed folic acid.
- *Thorne Research Basic B Complex* had only 56.5% of its claimed 400 mcg of folate. This product identified its sources of folate as "200 mcg as Calcium Folinate" and "200 mcg as 5-(methyl-tetrahydrofolate." These two compounds are related to folate but fifty percent of each may normally not be in the biologically active form, possibly explaining the deficiency that was found."

<u>Single B Vitamins:</u>

- *Thompson® Folic Acid 800 mcg* had only 85.8% of its claimed folic acid.

All products that were in tablet or caplet form were able to disintegrate (break apart) properly, as needed for absorption.

ConsumerLab.com found that the recommended doses of all the niacin-only products and many of the B complex products exceeded established Tolerable Upper Intake Levels (ULs) for adults for niacin, above which there is increased risk of side effects with regular use. The adult UL for niacin is 35 mg per day. Doses much higher than the ULs are used medically to improve cholesterol levels. However, high doses of niacin can cause dangerous liver inflammation. For this reason, regular lab tests and the supervision of a healthcare professional are strongly advised before taking niacin at doses above the ULs. See <u>ConsumerTips™ on Buying and Using</u> for more information about potential side effects with various forms of niacin.

**Test Results by Product:**
Listed below are the test results for 27 supplements containing one or more B vitamins, grouped alphabetically within their respective category. ConsumerLab.com selected eighteen of the products. Nine products (each indicated with an asterisk) were tested at the request of their manufacturers/distributors through <u>CL's Voluntary Certification Program</u> and are included for having passed testing. Also listed are five products similar to ones that passed but sold under different brand names.

Shown for each product are the labeled amounts of the various B vitamins per pill. Some products may contain other ingredients not shown below, but clicking on "Ingredients" beneath the product name will show a full listing of labeled ingredients. Those products that exceeded recommendations on safe upper levels (ULs) for certain ingredients are indicated with an explanatory footnote.

| RESULTS OF CONSUMERLAB.COM TESTING OF B VITAMIN PRODUCTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Click on **$ Price Check** beneath a product name to find a vendor that sells it. To find retailers that sell some of the listed products <u>click here.</u> Click on ▲ for additional information on the product | | | | | | | | |
| **Product Name (Suggested Serving on Label)** Click on "Ingredients" for complete list | **Manu-facturer /Distri-butor** | **Test Results** (See <u>How Products Were Evaluated</u>) | | | **Labeled Amount of B Vitamins** (mg = milligram; mcg = microgram) | | | |
| | | **APPROVED** (Passed) or *NOT APPROVED* (Failed) | **Contained Labeled Amounts of B Vitamins** | **Disinte-grated Properly** (N/A = Not Appli-cable\*\*) | **B-1 (Thia-min HCl) (mg)** **B-2 (Ribo-flavin) (mg)** | **B-3 (Niacin) (mg)** **B-5 (mg)** | **B-6 (Pyri-doxine HCl) (mg)** **B-12 (mcg)** | **Biotin (mcg)** **Folic Acid (mcg)** |
| **B-Complexes:** | | | | | | | | |
| GNC B-Complex 50 (1 capsule per day)\* <u>Ingredients</u> **$ Price Check** | Dist. by General Nutrition Corp. | APPROVED | ✓ | NA | 50 mg 50 mg | 50 mg[1] 50 mg | 50 mg 50 mcg | 50 mcg 400 mcg |
| Kirkland Signature™ B- | Dist. by Costco | *NOT APPROVED* | Contained only | ✓ | 50 mg 50 mg | 50 mg[1] | 50 mg | 300 mcg |

| Product | Mfd./Dist. | Approval | Folic Acid | | Thiamin | Riboflavin | Niacin/Biotin | B-6/Folic Acid |
|---|---|---|---|---|---|---|---|---|
| 50 Formula with 100% Folic Acid (1 tablet per day) Ingredients | Wholesale Corporation | | 52.2% of labeled amount of folic acid | | 50 mg | 50 mg | 50 mcg | 400 mcg |
| Life Time® Balanced B-100 Vitamin B Complex Capsules Food Allergen Free (1 capsule per day) Ingredients | Dist. by Life Time® | *NOT APPROVED* | Contained only 72.5% of labeled amount of folic acid | NA | 100 mg  100 mg | 100 mg¹  100 mg | 100 mg  100 mcg | 100 mcg  800 mcg |
| Natrol™ B-100 Complex (1 tablet per day) Ingredients $ Price Check | Mfd. by Natrol, Inc | APPROVED | ✓ | ✓ | 100 mg  100 mg | 100 mg¹  100 mg | 100 mg  100 mcg | 100 mcg  400 mcg |
| ▲ Nature Made® B-Complex with Vitamin C USP (1 caplet per day)* Ingredients | Dist. by Nature Made Nutritional Products | APPROVED | ✓ | ✓ | 15 mg  10.2 mg | 50 mg¹  10 mg | 5 mg  NA | NA  NA |
| Now® B-50 Vitamin B-Complex (1 tablet per day) Ingredients $ Price Check | Mfd. by Now Foods | APPROVED | ✓ | ✓ | 50 mg  50 mg | 50 mg¹  50 mg | 50 mg  50 mg | 50 mcg  400 mcg |
| Nutrilite® Natural B complex (3 tablets per day) Ingredients | Dist. by Access Business Group International LLC | APPROVED | ✓ | ✓ | 1.2 mg  1.2 mg | 6.7 mg  5 mg | 1.2 mg  2 mcg | NL  133.33 mcg |
| Puritan's Pride B-50 B-complex (1 tablet per day)* Ingredients $ Price Check | Mfd. by Puritan's Pride | APPROVED | ✓ | ✓ | 50 mg  50 mg | 50 mg¹  50 mg | 50 mg  50 mg | 50 mcg  400 mcg |
| Puritan's Pride B-100 B-complex (1 tablet per day)* Ingredients $ Price Check | Mfd. by Puritan's Pride | APPROVED | ✓ | ✓ | 100 mg  100 mg | 100 mg¹  100 mg | 100 mg  100 mcg | 100 mcg  400 mcg |
| Swanson® Health Products Premium Brand Balance B-100 High Potency (1 capsule per day)* Ingredients | Dist. by Swanson Health Products | APPROVED | ✓ | NA | 100 mg  100 mg | 100 mg¹  100 mg | 100 mg  100 mcg | 100 mg  400 mcg |
| Thorne Research | Mfd. By Thorne | *NOT APPROVED* | Contained only | NA | 40 mg | 140 | 10 mg | 400 mcg |

D - 36

| Basic B Complex (1 capsule per day) Ingredients | Research, Inc. | 56.5% of labeled amount of folic acid | | | 11 mg | mg[1] 100 mg. | 400 mcg. | 400 mcg. |
|---|---|---|---|---|---|---|---|---|

| **Vitamin B-1 (Thiamin HCl):** | | **APPROVED** (Passed) or ***NOT APPROVED*** (Failed) | **Contained Labeled Amounts of B Vitamins** | **Disinte-grated Properly** (N/A = Not Appli-cable**) | **B-1 (Thia-min HCl) (mg)** **B-2 (Ribo-flavin) (mg)** | **B-3 (Niacin) (mg)** **B-5 (mg)** | **B-6 (Pyri-doxine HCl) (mg)** **B-12 (mcg)** | **Biotin (mcg)** **Folic Acid (mcg)** |
|---|---|---|---|---|---|---|---|---|
| Bluebonnet Vitamin B-1 100 mg (1 Vcap per day) Ingredients **$ Price Check** | Mfd. by Bluebonnet Nutrition Corporation | APPROVED | ✓ | N/A | 100 mg NL | NL NL | NL NL | NL NL |

| **Vitamin B-3 (Niacin):** | | **APPROVED** (Passed) or ***NOT APPROVED*** (Failed) | **Contained Labeled Amounts of B Vitamins** | **Disinte-grated Properly** (N/A = Not Appli-cable**) | **B-1 (Thia-min HCl) (mg)** **B-2 (Ribo-flavin) (mg)** | **B-3 (Niacin) (mg)** **B-5 (mg)** | **B-6 (Pyri-doxine HCl) (mg)** **B-12 (mcg)** | **Biotin (mcg)** **Folic Acid (mcg)** |
|---|---|---|---|---|---|---|---|---|
| PhytoPharmica Natural Medicines® Niacin (inositol Hexaniacinate) Flush-free (3 ultracaps per day) Ingredients **$ Price Check** | Dist. by Phytopharmica | APPROVED | ✓ | NA | NL NL | 590 mg[1] NL | NL NL | NL NL |
| SloNiacin® Polygel® controlled release niacin 500 mg (1 tablet per day) Ingredients | Dist. by Upsher-Smith Laboratories, Inc | APPROVED | ✓ | NA | NL NL | 500 mg[1] NL | NL NL | NL NL |
| Vitamin World® Naturally Inspired® Flush Free Niacin Inositol Hexanicotinate 500 mg (1 capsule per day)* Ingredients **$ Price Check** | Mfd. by Vitamin World, Inc | APPROVED | ✓ | NA | NL NL | 400 mg[1] NL | NL NL | NL NL |
| **Similar to Approved Products:**** | | | | | | | | |

| Nature's Bounty® Flush Free Niacin Inositol Hexanicotinate 500 mg (1 capsule per day) Ingredients $ Price Check | Mfd. by Nature's Bounty, Inc | Similar to: Vitamin World® Naturally Inspired® Flush Free Niacin Inositol Hexanicotinate 500 mg |
| Puritan's Pride® Flush Free Niacin Inositol Hexanicotinate 500 mg (1 capsule per day) Ingredients $ Price Check | Mfd. by Puritan's Pride, Inc | Similar to: Vitamin World® Naturally Inspired® Flush Free Niacin Inositol Hexanicotinate 500 mg |
| Sundown® Flush Free Niacin Inositol Hexanicotinate 500 mg (1 capsule per day) Ingredients | Mfd. by Sundown, Inc | Similar to: Vitamin World® Naturally Inspired® Flush Free Niacin Inositol Hexanicotinate 500 mg |

| Vitamin B-6 (Pyridoxine HCl): | | APPROVED (Passed) or NOT APPROVED (Failed) | Contained Labeled Amounts of B Vitamins | Disinte-grated Properly (N/A = Not Appli-cable**) | B-1 (Thia-min HCl) (mg) B-2 (Ribo-flavin) (mg) | B-3 (Niacin) (mg) B-5 (mg) | B-6 (Pyri-doxine HCl) (mg) B-12 (mcg) | Biotin (mcg) Folic Acid (mcg) |
|---|---|---|---|---|---|---|---|---|
| Doctor's Trust ™ Vitamins B-6 100 mg (1 capsule per day) Ingredients | Dist. by Doctor's Trust™ vitamins | APPROVED | ✓ | NA | NL NL | NL NL | 100 mg NL | NL NL |
| Mason Natural® B-6 50 mg (1 tablet per day) Ingredients | Dist. by Mason Vitamins, Inc | APPROVED | ✓ | ✓ | NL NL | NL NL | 50 mg NL | NL NL |

| Vitamin B-12: | | APPROVED (Passed) or NOT APPROVED (Failed) | Contained Labeled Amounts of B Vitamins | Disinte-grated Properly (N/A = Not Appli-cable**) | B-1 (Thia-min HCl) (mg) B-2 (Ribo-flavin) (mg) | B-3 (Niacin) (mg) B-5 (mg) | B-6 (Pyri-doxine HCl) (mg) B-12 (mcg) | Biotin (mcg) Folic Acid (mcg) |
|---|---|---|---|---|---|---|---|---|
| Equaline™ High potency B-12 1000 mcg | Dist. by Albertsons | APPROVED | ✓ | NA | NL NL | NL NL | NL 1000 | NL NL |

| | | | | | B-1 (Thia-min) B-2 (Ribo-flavin) | B-3 (Niacin) B-5 | B-6 (Pyri-doxine) B-12 (mcg) | Biotin Folic Acid (mcg) |
|---|---|---|---|---|---|---|---|---|
| (1 tablet per day) Ingredients | | | | | | | | mcg |
| Freeda® Natural Vitamin B-12 500 mcg (1 lozenge per day) Ingredients | Dist. by Freeda Vitamins Inc | APPROVED | ✓ | NA | NL NL | NL NL | NL 500 mcg | NL NL |
| Nature's Answer® Liquid Vitamin B-12 with Quick-Sorb® (1 dropperful per day) Ingredients | Dist. by Nature's Answer | APPROVED | ✓ | NA | NL NL | NL NL | NL 1000 mcg | NL NL |
| Vitamin World® Naturally Inspired® Sublingual B-12 Microlozenges 500 mcg (1 microlozenge per day)* Ingredients $ Price Check | Mfd. by Vitamin World, Inc | APPROVED | ✓ | NA | NL NL | NL NL | NL 500 mcg | NL NL |

| Biotin: | | APPROVED (Passed) or NOT APPROVED (Failed) | Contained Labeled Amounts of B Vitamins | Disinte-grated Properly (N/A = Not Appli-cable**) | B-1 (Thia-min) B-2 (Ribo-flavin) | B-3 (Niacin) B-5 | B-6 (Pyri-doxine) B-12 (mcg) | Biotin Folic Acid (mcg) |
|---|---|---|---|---|---|---|---|---|
| Life Extension™ "For Longer Life"™ Biotin Powder 1% (0.625 g powder per day) Ingredients $ Price Check | Dist. by Life Extension Foundation Buyers Club, Inc | APPROVED | ✓ | NA | NL NL | NL NL | NL NL | 5950 mcg NL |
| Nature's Bounty® Super Potency Biotin 5000 mcg (1 capsule per day)* Ingredients | Mfd. by Nature's Bounty | APPROVED | ✓ | NA | NL NL | NL NL | NL NL | 5000 mcg NL |
| Swanson® Health Products Premium Brand Biotin 5 mg (1 capsule per day)* Ingredients | Dist. By Swanson Health Products | APPROVED | ✓ | NA | NL NL | NL NL | NL NL | 5000 mcg NL |
| Similar to Approved Products:** | | | | | | | | |

D - 39

| Puritan's Pride® Super Biotin 5000 mcg (1 capsule per day) Ingredients $ Price Check | Mfd. by Puritan's Pride, Inc | Similar to: Nature's Bounty® Super Potency Biotin 5000 mcg |
| --- | --- | --- |
| Vitamin World® Naturally Inspired™ Super Biotin 5000 mcg (1 capsules per day) Ingredients $ Price Check | Dist. by Vitamin World | Similar to: Nature's Bounty® Super Potency Biotin 5000 mcg |

| Folic Acid: | | APPROVED (Passed) or NOT APPROVED (Failed) | Contained Labeled Amounts of B Vitamins | Disintegrated Properly (N/A = Not Applicable**) | B-1 (Thiamin) B-2 (Riboflavin) | B-3 (Niacin) B-5 | B-6 (Pyridoxine) B-12 (mcg) | Biotin Folic Acid (mcg) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Carlson® Folic Acid 400 mcg (1 tablet per day) Ingredients $ Price Check | Dist. by Carlson Division of J.R. Carlson laboratories, Inc | APPROVED | ✓ | ✓ | NL NL | NL NL | NL NL | NL 400 mcg |
| Rite Aid Folic Acid 800 mcg (1 tablet per day) Ingredients $ Price Check | Dist. by Rite Aid | APPROVED | ✓ | ✓ | NL NL | NL NL | NL NL | NL 800 mcg |
| Thompson® Folic Acid 800 mcg (1 tablet per day) Ingredients | Mfd. by Nutraceutical Corp. | NOT APPROVED | Contained only 86% of labeled amount of folic acid | ✓ | NL NL | NL NL | NL 5 mcg | NL 800 mcg |

* Tested through CL's Voluntary Certification Program prior to, at time of, or after initial posting of this Product Review.
** Product identical in formulation and manufacture to a product that has passed testing but sold under a different brand. For more information see CL's Multi-Label Testing Program.

N/A — Not applicable for gel capsules, time release capsules and chewable tablets.

¹ Maximum suggested serving size exceeds Upper Tolerable Intake Level (UL) for niacin for adults 19 and older.

Unless otherwise noted, information about the products listed above is based on samples purchased by ConsumerLab.com (CL) for this Product Review. Manufacturers may change ingredients and label information at any time. So be sure to check labels carefully when evaluating the products you use or buy. If a product's ingredients differ from what is listed above, it may not be the same as what was tested.

For each product, the sample was composed of one or more products from a lot having an expiration date (if labeled) later than the date of testing. Because ingredients and labeling may vary from lot to lot and there may be a lack of consistency within lots, CL can not assure that results for other samples will be the same as those listed above.

The information contained in this report is based on the compilation and review of information from product labeling and analytical testing. CL applies what it believes to be the most appropriate testing methods and standards. The information in this report does not reflect the opinion or recommendation of CL, its officers or employees. CL cannot assure the accuracy of information provided

Copyright ConsumerLab.com, LLC, 2007. All rights reserved. Not to be reproduced, excerpted, linked to, or cited in any fashion without the express written permission of ConsumerLab.com LLC.

**ConsumerTips™: on Buying and Using:**

**Be sure that you are getting enough B vitamins to meet basic nutrient requirements** and avoid

D - 40

deficiencies. Check the recommended intakes listed below for each. These values, known as Dietary Reference Intakes (DRIs), are established by the Institute of Medicine of the National Academies. One type of DRI is a **Recommended Dietary Allowance (RDA)** — the average daily dietary intake level that is sufficient to meet the nutrient requirement of nearly all healthy individuals in a particular life stage and gender. Another type of DRI is an **Adequate Intake (AI)**, which is similar to an RDA but is more of an approximation used when there is not sufficient information to develop an RDA. As required by the FDA, dietary supplement labels or packages must show the percent of the Daily Value for certain vitamins and minerals that they contain. However, the percentages given may not reflect the latest Recommended Dietary Allowances (RDAs) or Adequate Intakes (AIs) shown below.

**If you are buying B vitamins to treat a specific medical condition,** such as high cholesterol, or to try to reduce the risk of heart disease, you will generally need more than the recommended intakes. Look at each vitamin for suggested doses for treating specific conditions.

**In either case, be aware that you can get "too much" of some vitamins. A Tolerable Upper Intake Level (UL)** is the highest level of daily intake of a nutrient that is likely to pose no risk of adverse health effects for most people. As intakes increase above the UL, the risk of adverse effects may increase. Like the RDAs and AIs, the ULs vary according to age, and gender. Individuals are advised not to regularly exceed the UL, unless medically recommended and supervised. Be aware that products are not required to provide information indicating whether their ingredients may exceed ULs for the individuals for whom they are intended. As discovered by ConsumerLab.com, many do exceed these ULs.

Most products will list the amount of each ingredient. The information provided below can help you to determine whether such amounts are appropriate. Keep in mind that 1,000 mcg (micrograms) is the same as 1 mg (milligram), and 1,000 mg equals 1 gram.

**The B Vitamins:**

- **Thiamin hydrochloride (Thiamine) (B-1)** assists the nervous system. It is found in large enough amounts in yeast, peas, beans, and grains that if these foods are regularly included in the diet, supplementation is normally not necessary. Thiamin deficiency, however, can occur in people taking strong diuretics (loop diuretics) for congestive heart failure, and this deficiency itself can adversely affect heart function. Thiamin deficiency is also common in people who abuse alcohol.
  **Recommended Intake:** The RDA is 0.5 mg for children 1 to 3, 0.6 mg for those 4 to 8, and 0.9 mg for those 9 to 13. For males 14 years and older the RDA is 1.2 mg. For females 14 to 18 the RDA is 1.0 mg, and it increases to 1.1 mg for those 19 and older. However, the RDA for pregnant or lactating women is 1.4 mg. For use to counter the effects of diuretics, a dose of 100 mg twice daily has been used.
  **Upper Limit:** No UL has been established for thiamine. This appears to be a non-toxic supplement.

  See the Encyclopedia article on Thiamin for more information about clinical use.

- **Riboflavin (B-2)** maintains vision and skin. Although found in many vegetables and nuts, some supplementation may be needed in children and the elderly.
  **Recommended Intake:** The RDA is 0.5 mg for children 1 to 3, 0.6 mg for those 4 to 8, and 0.9 mg for those 9 to 13. For males 14 years and older the RDA is 1.3 mg. For females 14 to 18 the RDA is 1.0 mg, and it increases to 1.1 mg for those 19 and older. However, the RDA for pregnant women is 1.4 mg and for lactating women it is 1.6 mg. Much higher amounts (400 mg per day) have been suggested in the prevention of migraines.
  **Upper Limit:** No UL has been established for riboflavin.

  See the Encyclopedia article on Riboflavin for more information about clinical use.

- **Niacin (Nicotinic Acid) (B-3)** helps release energy from carbohydrates. Niacin is available in the diet from enriched white flour as well as peanuts, fish and meat. When taken in very high doses, it can help improve cholesterol levels and thereby reduce death rates from cardiovascular disease. A modified form of niacin called inositol hexanicotinate (or hexaniacinate) is said to cause less flushing than regular niacin. It may also reduce cholesterol levels. It has been studied particularly as a treatment for intermittent claudication (a kind of leg cramping caused by hardening of the arteries), as well as for Raynaud's disease (another condition that involves arterial blood flow.) Niacinamide (or nicotinamide) is another form of niacin; it does not lower cholesterol, but it has been proposed for helping to prevent diabetes in children at risk of developing it. (Unfortunately, the results of recent studies have not been promising)
  **Recommended Intake:** The RDA is 6 mg for children 1 to 3, 8 mg for those 4 to 8, and 12 mg

D - 41

for those 9 to 13. For males 14 years and older the RDA is 16 mg. For females 14 and older the RDA is 14 mg. However, the RDA for pregnant women is 18 mg and for lactating women it is 17 mg. Niacin has documented effects for improving cholesterol profile, but only when taken in doses that are far higher than the RDAs and ULs, ranging from 1,000 mg to 4,000 mg (1 to 4 grams) per day. Liver injury is a real possibility when niacin is used in this way. Be aware that the amount of niacin in inositol hexanicotinate is about 85%, i.e., if the front of the bottle says 600 mg inositol hexanicotinate, the product should be expected to have about 500 mg of niacin.

**Upper Limit:** Daily doses over 50 mg per day have been associated with flushing of the skin, including reddening, burning, tingling, itching and pain. Starting with a lower dose and then gradually increasing it may reduce this side effect, as may taking the supplement with food. Slow-release niacin and products made from nicotinamide (or niacinamide) and inositol hexanicotinate are also less likely to cause this reaction. However, at doses over 1,500 mg (1.5 grams) of niacin or 3,000 mg (3 grams) of nicotinamide per day liver toxicity can occur and may be more common among people taking slow-release niacin (though it is also possible that the flushing side effect simply makes many people unable to use high dosages of ordinary niacin). The UL for niacin applies only to that consumed from supplements and fortified foods (other naturally occurring food sources are not included) and is 10 mg for children 1 to 3, 15 mg for those 4 to 8, 20 mg for those 9 to 13, 30 mg for those 14 to 18, and 35 mg for individuals 19 years and older. Cautions: Niacinamide may increase blood levels of anticonvulsant drugs.

See the Encyclopedia article on Niacin for more information about clinical use.

- **B-5 (Pantothenic Acid)** is involved in the production of energy as well as the synthesis of hormones and neurotransmitters. Deficiency is rare (although seen in alcoholics) and it is found in many foods, with particularly high levels in liver, yeast, and salmon. **Recommended Intake:** The AI is 2 mg for children 1 to 3, 3 mg for children 4 to 8, and 4 mg for children 9 to 13. For individuals 14 years and older the AI is 5 mg. However, the AI for pregnant women is 6 mg, and for women who breastfeed it is 7 mg. Much higher doses (900 mg per day) of the related substance pantothenate have been used in improving cholesterol profile (especially reducing triglyceride levels)
**Upper Limit:** No UL has been established for pantothenic acid.

See the Encyclopedia article on Pantothenic Acid for more information about clinical use.

- **Pyridoxine hydrochloride (B-6)** is important in many aspects of metabolism and in maintaining the immune and nervous systems. Pyridoxine in amounts that meet the RDAs is easily available from the diet, however mild deficiency is common, particularly in the elderly and children.
**Recommended Intake:** The RDA is 0.5 mg for children 1 to 3, 0.6 mg for those 4 to 8, and 1.0 mg for those 9 to 13. For males 14 to 50 the RDA is 1.3 mg, and for those 51 and older it is 1.7 mg. For females 14 to 18 it is 1.2 mg, for those 19 to 50 it is 1.3 mg, and for those 51 and older it is 1.5 mg. However, the RDA for pregnant women it is 1.9 mg and for lactating women it is 2.0 mg. Amounts higher than the RDA but lower than the ULs have been recommended to help reduce the risk of heart disease (5 - 30 mg/day) and reduce the nausea of morning sickness (30 mg/day); some evidence supports these uses. Other proposed uses of pyridoxine such as treating asthma, autism, carpal tunnel syndrome, diabetic neuropathy, tardive dyskinesia and PMS may involve doses higher than the ULs; however, none of these uses has good scientific support.
**Upper Limit:** Too much pyridoxine can cause nerve damage and skin lesions. These effects are generally seen at doses over 1,000 mg per day, though rare cases have been seen at 200 mg daily. The UL for pyridoxine is 30 mg for children 1 to 3, 40 mg for those 4 to 8, 60 mg for those 9 to 13, 80 mg for those 14 to 18, and 100 mg for individuals 19 years and older. Keep in mind that all sources of pyridoxine count toward these upper limits, including that from food sources and multivitamins.

See the Encyclopedia article on Vitamin B-6 for more information about clinical use.

- **Folic acid (Folate, Folacin or B-9)** reduces the risk of spina bifida in offspring (a leading cause of childhood paralysis) when consumed by pregnant women. It may also reduce the chance of other birth defects as well as childhood leukemia in offspring, and may work along with B-6 to reduce the risk of heart disease and strokes in adults. Good sources of folic acid include dark green leafy vegetables and oranges. Most people can get sufficient folic acid from their diet, but supplements are generally recommended for women who are pregnant or may soon become pregnant.
**Recommended Intake:** It is important to know, however, that the RDAs are based on intake from regular food sources. Folic acid from supplements and fortified foods is actually absorbed twice as well as that from regular food sources. Consequently, if you are relying on

D - 42

supplements or fortified foods to reach the RDA, you need only one-half the amount listed in the following RDAs: 150 mcg for children 1 to 3, 200 mcg for children 4 to 8, and 300 mcg for children 9 to 13. For individuals 14 years and older the RDA is 400 mcg. However, the RDA for pregnant women is 600 mcg, and for lactating women it is 500 mcg. In view of its importance to developing fetuses during the first few weeks after conception, it is recommended that all women capable of becoming pregnant consume 400 mcg from supplements or fortified foods, in addition to food folic acid from a varied diet. To treat folic acid deficiency, 250 - 1000 mcg per day is used, although higher amounts (1 to 5 mg) may be appropriate in cases of severe deficiency.

**Upper Limit:** Prolonged intake of excessive folic acid can cause kidney damage and can complicate the diagnosis of vitamin B-12 deficiency The UL for folic acid applies only to that consumed from supplements and fortified foods and is 300 mcg for children 1 to 3, 400 mcg for those 4 to 8, 600 mcg for those 9 to 13, and 800 mcg for those 14 to 18. For individuals 19 years and older the UL is 1,000 mcg.

See the Encyclopedia article on Folic Acid for more information about clinical use.

- **Cyanocobalamin (B-12)** deficiency can cause anemia, irreversible nerve damage, and low sperm count. It has also been used along with vitamin B-6 in reducing the risk of heart disease. Vitamin B-12 is found in abundant quantity in meats and is also plentiful in poultry and fish but not found in foods from plants. A healthful diet should meet the vitamin B-12 RDAs, but supplementation is often needed for strict vegetarians, alcohol and drug abusers, people recovering from surgery or burns, or those with bowel or pancreatic cancer. Deficiency may also occur in people with low stomach acidity, such as older individuals or those taking medications that reduce stomach acid, because stomach acid is necessary to allow absorption of vitamin B-12 from foods. The purified vitamin B-12 found in supplements does not require stomach acid for absorption. Consequently, it is advisable for people over 50 years of age as well as those taking medications such as Prilosec or Zantac to meet their RDA by consuming foods fortified with purified vitamin B-12 or by taking a dietary supplement.
  **Recommended Intake:** The RDA is 0.9 mcg for children 1 to 3, 1.2 mcg for those 4 to 8, and 1.8 mcg for those 9 to 13. For individuals 14 years and older the RDA is 2.4 mcg. However, the RDA for pregnant women is 2.6 mcg and for lactating women it is 2.8 mcg. Higher doses of vitamin B-12 (about 400 mcg per day) have been proposed for helping to prevent heart disease. Vitamin B-12 in far high dosages has also been proposed for the treatment of other conditions including asthma, fatigue, and male infertility, but there is no reliable evidence that it is effective.
  **Upper Limit:** No UL has been established for vitamin B-12. This appears to be a very safe ingredient.

See the Encyclopedia article on Vitamin B-12 for more information about clinical use.

- **Biotin** is needed for the metabolism of nutrients. Deficiency is rare under normal circumstances, because biotin can be produced in the gut by bacteria and is also found in organ meats, oatmeal, egg yolk, mushrooms, bananas, peanuts and brewer's yeast. Deficiency might occur with long-term use of antibiotics or anti-seizure medications; NOTE: there are concerns that use of biotin might impair absorption of some anti-seizure medications, and for this reason people taking such medications should only use biotin supplements under the supervision of a healthcare professional.
  **Recommended Intake:** The AI for biotin is 8 mcg for children 1 to 3, 12 mcg for those 4 to 8, and 20 mcg for those 9 to 13. For individuals 14 years to 18, the AI is 25 mcg and for those 19 and older it is 30 mcg. However, the AI increases to 35 mcg for women who are breast-feeding.
  **Upper Limit:** No UL has been established for biotin.

See the Encyclopedia article on Biotin for more information about clinical use.

**Cautions and Concerns:**
- Try to avoid taking too much of any B vitamin. Check the ULs listed above and, if you need to take a product with vitamins exceeding the ULs, do so under a physician's supervision and with awareness of potential side effects.
- Be aware that certain B vitamins can interact with other drugs and supplements as noted above.

To further assist consumers, ConsumerLab.com licenses its flask-shaped CL Seal of Approved Quality (see The CL Seal) to manufacturers for use on labels of products that have passed its testing.

D - 43

ConsumerLab.com will periodically re-evaluate these products to ensure their compliance with ConsumerLab.com's standards.

Information on this site is provided for informational purposes only. It is not an endorsement of any product nor it is it meant to substitute for the advice provided by physicians or other healthcare professionals. The information contained herein should not be used for diagnosing or treating a health problem or disease.

back to top

renew | home | log out | my account | privacy policy

laboratory test results | where to buy products | natural products encyclopedia
recalls & warnings | search this site | about us | the cl seal | testing programs
technical & other reports | news | join free newsletter | contact us/help

© Copyright 2006, 2007 ConsumerLab.com, LLC. All Rights Reserved. A single copy of this report may be printed for the personal use of the subscriber. It is otherwise unlawful to print, download, store, or distribute content from this site without written permission.

D - 44

Exhibit "E"



## Dietary Supplement Fact Sheet: Folate
Office of Dietary Supplements • NIH Clinical Center • National Institutes of Health

### Table of Contents

Folate: What is it?
What foods provide folate?
What are the Dietary Reference Intakes for folate?
When can folate deficiency occur?
What are some common signs and symptoms of folate deficiency?
Do women of childbearing age and pregnant women have a special need for folate?
Who else may need extra folic acid to prevent a deficiency?
What are some current issues and controversies about folate?
Caution About Folic Acid Supplements
What is the health risk of too much folic acid?
Selecting a healthful diet
References
Reviewers

A Collaboration of:



OFFICE OF DIETARY SUPPLEMENTS

NIH Clinical Center

**❼** About ODS and the NIH Clinical Center
**❶** General Safety Advisory
**❶** Disclaimer
Print-friendly version

Posted Date:
8/3/2004

Updated:
8/22/2005 3:26 PM

### Folate: What is it?

Folate is a water-soluble B vitamin that occurs naturally in food. Folic acid is the synthetic form of folate that is found in supplements and added to fortified foods [1].

Folate gets its name from the Latin word "folium" for leaf. A key observation of researcher Lucy Wills nearly 70 years ago led to the identification of folate as the nutrient needed to prevent the anemia of pregnancy. Dr. Wills demonstrated that the anemia could be corrected by a yeast extract. Folate was identified as the corrective substance in yeast extract in the late 1930s, and was extracted from spinach leaves in 1941.

Folate helps produce and maintain new cells [2]. This is especially important during periods of rapid cell division and growth such as infancy and pregnancy. Folate is needed to make DNA and RNA, the building blocks of cells. It also helps prevent changes to DNA that may lead to cancer [3]. Both adults and children need folate to make normal red blood cells and prevent anemia [4]. Folate is also essential for the metabolism of homocysteine, and helps maintain normal levels of this amino acid.

### What foods provide folate?

Leafy green vegetables (like spinach and turnip greens), fruits (like citrus fruits and juices), and dried beans and peas are all natural sources of folate [5].

In 1996, the Food and Drug Administration (FDA) published regulations requiring the addition of folic acid to enriched breads, cereals, flours, corn meals, pastas, rice, and other grain products [6-9]. Since cereals and grains are widely consumed in the U.S., these products have become a very important contributor of folic acid to the American diet. The following table suggests a variety of dietary sources of folate.

Table 1: Selected Food Sources of Folate and Folic Acid [5]

| Food | Micrograms (µg) | % DV^ |
|------|-----------------|-------|
| *Breakfast cereals fortified with 100% of the DV, ¾ cup | 400 | 100 |
| Beef liver, cooked, braised, 3 ounces | 185 | 45 |
| Cowpeas (blackeyes), immature, cooked, boiled, ½ cup | 105 | 25 |
| *Breakfast cereals, fortified with 25% of the DV, ¾ cup | 100 | 25 |
| Spinach, frozen, cooked, boiled, ½ cup | 100 | 25 |
| Great Northern beans, boiled, ½ cup | 90 | 20 |
| Asparagus, boiled, 4 spears | 85 | 20 |

| | | |
|---|---|---|
| *Rice, white, long-grain, parboiled, enriched, cooked, ½ cup | 65 | 15 |
| Vegetarian baked beans, canned, 1 cup | 60 | 15 |
| Spinach, raw, 1 cup | 60 | 15 |
| Green peas, frozen, boiled, ½ cup | 50 | 15 |
| Broccoli, chopped, frozen, cooked, ½ cup | 50 | 15 |
| *Egg noodles, cooked, enriched, ½ cup | 50 | 15 |
| Broccoli, raw, 2 spears (each 5 inches long) | 45 | 10 |
| Avocado, raw, all varieties, sliced, ½ cup sliced | 45 | 10 |
| Peanuts, all types, dry roasted, 1 ounce | 40 | 10 |
| Lettuce, Romaine, shredded, ½ cup | 40 | 10 |
| Wheat germ, crude, 2 Tablespoons | 40 | 10 |
| Tomato Juice, canned, 6 ounces | 35 | 10 |
| Orange juice, chilled, includes concentrate, ¾ cup | 35 | 10 |
| Turnip greens, frozen, cooked, boiled, ½ cup | 30 | 8 |
| Orange, all commercial varieties, fresh, 1 small | 30 | 8 |
| *Bread, white, 1 slice | 25 | 6 |
| *Bread, whole wheat, 1 slice | 25 | 6 |
| Egg, whole, raw, fresh, 1 large | 25 | 6 |
| Cantaloupe, raw, ¼ medium | 25 | 6 |
| Papaya, raw, ½ cup cubes | 25 | 6 |
| Banana, raw, 1 medium | 20 | 6 |

* Items marked with an asterisk (*) are fortified with folic acid as part of the Folate Fortification Program.

^ DV = Daily Value. DVs are reference numbers developed by the Food and Drug Administration (FDA) to help consumers determine if a food contains a lot or a little of a specific nutrient. The DV for folate is 400 micrograms (µg). Most food labels do not list a food's magnesium content. The percent DV (%DV) listed on the table indicates the percentage of the DV provided in one serving. A food providing 5% of the DV or less is a low source while a food that provides 10-19% of the DV is a good source. A food that provides 20% or more of the DV is high in that nutrient. It is important to remember that foods that provide lower percentages of the DV also contribute to a healthful diet. For foods not listed in this table, please refer to the U.S. Department of Agriculture's Nutrient Database Web site: http://www.nal.usda.gov/fnic/cgi-bin/nut_search.pl.

**What are the Dietary Reference Intakes for folate?**

Recommendations for folate are given in the Dietary Reference Intakes (DRIs) developed by the Institute of Medicine of the National Academy of Sciences [10]. *Dietary Reference Intakes* is the general term for a set of reference values used for planning and assessing nutrient intake for healthy people. Three important types of reference values included in the DRIs are *Recommended Dietary Allowances* (RDA), *Adequate Intakes* (AI), and *Tolerable Upper Intake Levels* (UL). The RDA recommends the average daily intake that is sufficient to meet the nutrient requirements of nearly all (97-98%) healthy individuals in each age and gender group [10]. An AI is set when there is insufficient scientific data available to establish a RDA. AIs meet or exceed the amount needed to maintain a nutritional state of adequacy in nearly all members of a specific age and gender group. The UL, on the other hand, is the maximum daily intake unlikely to result in adverse health effects [10].

The RDAs for folate are expressed in a term called the *Dietary Folate Equivalent*. The Dietary Folate Equivalent (DFE) was developed to help account for the differences in absorption of naturally occurring dietary folate and the more bioavailable synthetic folic acid [10-11]. Table 2 lists the RDAs for folate, expressed in micrograms (µg) of DFE, for children and adults [10].

**Table 2: Recommended Dietary Allowances for Folate for Children and Adults [10]**

| Age | Males and Females | Pregnancy | Lactation |
|---|---|---|---|

| (years) | (µg/day) | (µg/day) | (µg/day) |
|---------|----------|----------|----------|
| 1-3 | 150 | N/A | N/A |
| 4-8 | 200 | N/A | N/A |
| 9-13 | 300 | N/A | N/A |
| 14-18 | 400 | 600 | 500 |
| 19+ | 400 | 600 | 500 |

*1 DFE = 1 µg food folate = 0.6 µg folic acid from supplements and fortified foods

There is insufficient information on folate to establish an RDA for infants. An Adequate Intake (AI) has been established that is based on the amount of folate consumed by healthy infants who are fed breast milk [10]. Table 3 lists the Adequate Intake for folate, in micrograms (µg), for infants.

Table 3: Adequate Intake for folate for infants [10]

| Age (months) | Males and Females (µg/day) |
|--------------|----------------------------|
| 0 to 6 | 65 |
| 7 to 12 | 80 |

The National Health and Nutrition Examination Survey (NHANES III 1988-94) and the Continuing Survey of Food Intakes by Individuals (1994-96 CSFII) indicated that most individuals surveyed did not consume adequate folate [12-13]. However, the folic acid fortification program, which was initiated in 1998, has increased folic acid content of commonly eaten foods such as cereals and grains, and as a result most diets in the United States (US) now provide recommended amounts of folate equivalents [14].

**When can folate deficiency occur?**

A deficiency of folate can occur when an increased need for folate is not matched by an increased intake, when dietary folate intake does not meet recommended needs, and when folate excretion increases. Medications that interfere with the metabolism of folate may also increase the need for this vitamin and risk of deficiency [1,15-19].

Medical conditions that increase the need for folate or result in increased excretion of folate include:

- pregnancy and lactation (breastfeeding)
- alcohol abuse
- malabsorption
- kidney dialysis
- liver disease
- certain anemias

Medications that interfere with folate utilization include:

- anti-convulsant medications (such as dilantin, phenytoin and primidone)
- metformin (sometimes prescribed to control blood sugar in type 2 diabetes)
- sulfasalazine (used to control inflammation associated with Crohn's disease and ulcerative colitis)
- triamterene (a diuretic)
- methotrexate (used for cancer and other diseases such as rheumatoid arthritis)
- barbiturates (used as sedatives)

**What are some common signs and symptoms of folate deficiency?**

- Folate deficient women who become pregnant are at greater risk of giving birth to low birth weight, premature, and/or infants with neural tube defects.
- In infants and children, folate deficiency can slow overall growth rate.

E - 48

● In adults, a particular type of anemia can result from long term folate deficiency.
● Other signs of folate deficiency are often subtle. Digestive disorders such as diarrhea, loss of appetite, and weight loss can occur, as can weakness, sore tongue, headaches, heart palpitations, irritability, forgetfulness, and behavioral disorders [1,20]. An elevated level of homocysteine in the blood, a risk factor for cardiovascular disease, also can result from folate deficiency.

Many of these subtle symptoms are general and can also result from a variety of medical conditions other than folate deficiency. It is important to have a physician evaluate these symptoms so that appropriate medical care can be given.

**Do women of childbearing age and pregnant women have a special need for folate?**

Folic acid is very important for all women who may become pregnant. Adequate folate intake during the periconceptual period, the time just before and just after a woman becomes pregnant, protects against neural tube defects [21]. Neural tube defects result in malformations of the spine (spina bifida), skull, and brain (anencephaly) [10]. The risk of neural tube defects is significantly reduced when supplemental folic acid is consumed in addition to a healthful diet prior to and during the first month following conception [10,22-23]. Since January 1, 1998, when the folate food fortification program took effect, data suggest that there has been a significant reduction in neural tube birth defects [24]. Women who could become pregnant are advised to eat foods fortified with folic acid or take a folic acid supplement in addition to eating folate-rich foods to reduce the risk of some serious birth defects. For this population, researchers recommend a daily intake of 400 μg of synthetic folic acid per day from fortified foods and/or dietary supplements [10].

**Who else may need extra folic acid to prevent a deficiency?**

*People who abuse alcohol, those taking medications that may interfere with the action of folate (including, but not limited to those listed above), individuals diagnosed with anemia from folate deficiency, and those with malabsorption, liver disease, or who are receiving kidney dialysis treatment may benefit from a folic acid supplement.*

Folate deficiency has been observed in alcoholics. A 1997 review of the nutritional status of chronic alcoholics found low folate status in more than 50% of those surveyed [25]. Alcohol interferes with the absorption of folate and increases excretion of folate by the kidney. In addition, many people who abuse alcohol have poor quality diets that do not provide the recommended intake of folate [17]. Increasing folate intake through diet, or folic acid intake through fortified foods or supplements, may be beneficial to the health of alcoholics.

Anti-convulsant medications such as dilantin increase the need for folate [26-27]. Anyone taking anti-convulsants and other medications that interfere with the body's ability to use folate should consult with a medical doctor about the need to take a folic acid supplement [28-30].

Anemia is a condition that occurs when there is insufficient hemoglobin in red blood cells to carry enough oxygen to cells and tissues. It can result from a wide variety of medical problems, including folate deficiency. With folate deficiency, your body may make large red blood cells that do not contain adequate hemoglobin, the substance in red blood cells that carries oxygen to your body's cells [4]. Your physician can determine whether an anemia is associated with folate deficiency and whether supplemental folic acid is indicated.

Several medical conditions increase the risk of folic acid deficiency. Liver disease and kidney dialysis increase excretion (loss) of folic acid. Malabsorption can prevent your body from using folate in food. Medical doctors treating individuals with these disorders will evaluate the need for a folic acid supplement [1].

**What are some current issues and controversies about folate?**

*Folic Acid and Cardiovascular Disease*
Cardiovascular disease involves any disorder of the heart and blood vessels that make up the cardiovascular system. Coronary heart disease occurs when blood vessels which supply the heart become clogged or blocked, increasing the risk of a heart attack. Vascular damage can also occur to blood vessels supplying the brain, and can result in a stroke.

Cardiovascular disease is the most common cause of death in industrialized countries such as

E - 49

the US, and is on the rise in developing countries. The National Heart, Lung, and Blood Institute of the National Institutes of Health has identified many risk factors for cardiovascular disease, including an elevated LDL-cholesterol level, high blood pressure, a low HDL-cholesterol level, obesity, and diabetes [31]. In recent years, researchers have identified another risk factor for cardiovascular disease, an elevated homocysteine level. Homocysteine is an amino acid normally found in blood, but elevated levels have been linked with coronary heart disease and stroke [32-44]. Elevated homocysteine levels may impair endothelial vasomotor function, which determines how easily blood flows through blood vessels [45]. High levels of homocysteine also may damage coronary arteries and make it easier for blood clotting cells called platelets to clump together and form a clot, which may lead to a heart attack [38].

A deficiency of folate, vitamin $B_{12}$ or vitamin $B_6$ may increase blood levels of homocysteine, and folate supplementation has been shown to decrease homocysteine levels and to improve endothelial function [46-48]. At least one study has linked low dietary folate intake with an increased risk of coronary events [49]. The folic acid fortification program in the U. S. has decreased the prevalence of low levels of folate and high levels of homocysteine in the blood in middle-aged and older adults [50]. Daily consumption of folic-acid fortified breakfast cereal and the use of folic acid supplements has been shown to be an effective strategy for reducing homocysteine concentrations [51].

Evidence supports a role for supplemental folic acid for lowering homocysteine levels, however this does not mean that folic acid supplements will decrease the risk of cardiovascular disease. Clinical intervention trials are underway to determine whether supplementation with folic acid, vitamin $B_{12}$, and vitamin $B_6$ can lower risk of coronary heart disease. It is premature to recommend folic acid supplementation for the prevention of heart disease until results of ongoing randomized, controlled clinical trials positively link increased folic acid intake with decreased homocysteine levels AND decreased risk of cardiovascular disease.

*Folic Acid and Cancer*
Some evidence associates low blood levels of folate with a greater risk of cancer [52]. Folate is involved in the synthesis, repair, and function of DNA, our genetic map, and there is some evidence that a deficiency of folate can cause damage to DNA that may lead to cancer [52]. Several studies have associated diets low in folate with increased risk of breast, pancreatic, and colon cancer [53-54]. Over 88,000 women enrolled in the Nurses' Health Study who were free of cancer in 1980 were followed from 1980 through 1994. Researchers found that women ages 55 to 69 years in this study who took multivitamins containing folic acid for more than 15 years had a markedly lower risk of developing colon cancer [54]. Findings from over 14,000 subjects followed for 20 years suggest that men who do not consume alcohol and whose diets provide the recommended intake of folate are less likely to develop colon cancer [55]. However, associations between diet and disease do not indicate a direct cause. Researchers are continuing to investigate whether enhanced folate intake from foods or folic acid supplements may reduce the risk of cancer. Until results from such clinical trials are available, folic acid supplements should not be recommended to reduce the risk of cancer.

*Folic Acid and Methotrexate for Cancer*
Folate is important for cells and tissues that rapidly divide [2]. Cancer cells divide rapidly, and drugs that interfere with folate metabolism are used to treat cancer. Methotrexate is a drug often used to treat cancer because it limits the activity of enzymes that need folate.

Unfortunately, methotrexate can be toxic, producing side effects such as inflammation in the digestive tract that may make it difficult to eat normally [56-58]. Leucovorin is a form of folate that can help "rescue" or reverse the toxic effects of methotrexate [59]. There are many studies underway to determine if folic acid supplements can help control the side effects of methotrexate without decreasing its effectiveness in chemotherapy [60-61]. It is important for anyone receiving methotrexate to follow a medical doctor's advice on the use of folic acid supplements.

*Folic Acid and Methotrexate for Non-Cancerous Diseases*
Low dose methotrexate is used to treat a wide variety of non-cancerous diseases such as rheumatoid arthritis, lupus, psoriasis, asthma, sarcoidoisis, primary biliary cirrhosis, and inflammatory bowel disease [62]. Low doses of methotrexate can deplete folate stores and cause side effects that are similar to folate deficiency. Both high folate diets and supplemental folic acid may help reduce the toxic side effects of low dose methotrexate without decreasing its effectiveness [63-64]. Anyone taking low dose methotrexate for the health problems listed above should consult with a physician about the need for a folic acid

E - 50



supplement.

**Caution About Folic Acid Supplements**

*Beware of the interaction between vitamin B$_{12}$ and folic acid*
Intake of supplemental folic acid should not exceed 1,000 micrograms (µg) per day to prevent folic acid from triggering symptoms of vitamin B$_{12}$ deficiency [10]. Folic acid supplements can correct the anemia associated with vitamin B$_{12}$ deficiency. Unfortunately, folic acid will not correct changes in the nervous system that result from vitamin B$_{12}$ deficiency. Permanent nerve damage can occur if vitamin B$_{12}$ deficiency is not treated.

It is very important for older adults to be aware of the relationship between folic acid and vitamin B$_{12}$ because they are at greater risk of having a vitamin B$_{12}$ deficiency. If you are 50 years of age or older, ask your physician to check your B$_{12}$ status before you take a supplement that contains folic acid. If you are taking a supplement containing folic acid, read the label to make sure it also contains B$_{12}$ or speak with a physician about the need for a B$_{12}$ supplement.

**What is the health risk of too much folic acid?**

Folate intake from food is not associated with any health risk. The risk of toxicity from folic acid intake from supplements and/or fortified foods is also low [65]. It is a water soluble vitamin, so any excess intake is usually excreted in urine. There is some evidence that high levels of folic acid can provoke seizures in patients taking anti-convulsant medications [1]. Anyone taking such medications should consult with a medical doctor before taking a folic acid supplement.

The Institute of Medicine has established a tolerable upper intake level (UL) for folate from fortified foods or supplements (i.e. folic acid) for ages one and above. Intakes above this level increase the risk of adverse health effects. In adults, supplemental folic acid should not exceed the UL to prevent folic acid from triggering symptoms of vitamin B$_{12}$ deficiency [10]. It is important to recognize that the UL refers to the amount of synthetic folate (i.e. folic acid) being consumed per day from fortified foods and/or supplements. There is no health risk, and no UL, for natural sources of folate found in food. Table 4 lists the Upper Intake Levels (UL) for folate, in micrograms (µg), for children and adults.

Table 4: Tolerable Upper Intake Levels for Folate for Children and Adults [10]

| Age (years) | Males and Females (µg/day) | Pregnancy (µg/day) | Lactation (µg/day) |
|---|---|---|---|
| 1-3 | 300 | N/A | N/A |
| 4-8 | 400 | N/A | N/A |
| 9-13 | 600 | N/A | N/A |
| 14-18 | 800 | 800 | 800 |
| 19 + | 1000 | 1000 | 1000 |

**Selecting a healthful diet**

As the 2000 *Dietary Guidelines for Americans* states, "Different foods contain different nutrients and other healthful substances. No single food can supply all the nutrients in the amounts you need" [66]. As indicated in Table 1, green leafy vegetables, dried beans and peas, and many other types of vegetables and fruits provide folate. In addition, fortified foods are a major source of folic acid. It is not unusual to find foods such as some ready-to-eat cereals fortified with 100% of the RDA for folate. The variety of fortified foods available has made it easier for women of childbearing age in the US to consume the recommended 400 mcg of folic acid per day from fortified foods and/or supplements [6]. The large numbers of fortified foods on the market, however, also raises the risk of exceeding the UL. This is especially important for anyone at risk of vitamin B$_{12}$ deficiency, which can be triggered by too much folic acid. It is important for anyone who is considering taking a folic acid supplement to first consider whether their diet already includes adequate sources of dietary folate and fortified food sources of folic acid.

For more information about building a healthful diet, refer to the Dietary Guidelines for Americans http://www.usda.gov/cnpp/DietGd.pdf [66] and the US Department of Agriculture's Food Guide Pyramid http://www.nal.usda.gov/fnic/Fpyr/pyramid.html [67].

**References**

1.  Herbert V. Folic Acid. In: Shils M, Olson J, Shike M, Ross AC, ed. Nutrition in Health and Disease. Baltimore: Williams & Wilkins, 1999.
2.  Kamen B. Folate and antifolate pharmacology. Semin Oncol 1997;24:S18-30-S18-39. [PubMed abstract]
3.  Fenech M, Aitken C, Rinaldi J. Folate, vitamin B12, homocysteine status and DNA damage in young Australian adults. Carcinogenesis 1998;19:1163-71. [PubMed abstract]
4.  Zittoun J. Anemias due to disorder of folate, vitamin B12 and transcobalamin metabolism. Rev Prat 1993;43:1358-63. [PubMed abstract]
5.  U.S. Department of Agriculture, Agricultural Research Service. 2003. USDA National Nutrient Database for Standard Reference, Release 16. Nutrient Data Laboratory Home Page, http://www.nal.usda.gov/fnic/cgi-bin/nut_search.pl
6.  Oakley GP, Jr., Adams MJ, Dickinson CM. More folic acid for everyone, now. J Nutr 1996;126:751S-755S. [PubMed abstract]
7.  Malinow MR, Duell PB, Hess DL, Anderson PH, Kruger WD, Phillipson BE, Gluckman RA, Upson BM. Reduction of plasma homocyst(e)ine levels by breakfast cereal fortified with folic acid in patients with coronary heart disease. N Engl J Med 1998;338:1009-15. [PubMed abstract]
8.  Daly S, Mills JL, Molloy AM, Conley M, Lee YJ, Kirke PN, Weir DG, Scott JM. Minimum effective dose of folic acid for food fortification to prevent neural-tube defects. Lancet 1997;350:1666-9. [PubMed abstract]
9.  Crandall BF, Corson VL, Evans MI, Goldberg JD, Knight G, Salafsky IS. American College of Medical Genetics statement on folic acid: Fortification and supplementation. Am J Med Genet 1998;78:381. [PubMed abstract]
10. Institute of Medicine. Food and Nutrition Board. Dietary Reference Intakes: Thiamin, riboflavin, niacin, vitamin B6, folate, vitamin B12, pantothenic acid, biotin, and choline. National Academy Press. Washington, DC, 1998.
11. Suitor CW and Bailey LB. Dietary folate equivalents: Interpretation and application. J Am Diet Assoc 2000;100:88-94. [PubMed abstract]
12. Raiten DJ and Fisher KD. Assessment of folate methodology used in the Third National Health and Nutrition Examination Survey (NHANES III, 1988-1994). J Nutr 1995;125:1371S-98S. [PubMed abstract]
13. Bialostosky K, Wright JD, Kennedy-Stephenson J, McDowell M, Johnson CL. Dietary intake of macronutrients, micronutrients and other dietary constituents: United States 1988-94. Vital Heath Stat. 11(245) ed: National Center for Health Statistics, 2002:168.
14. Lewis CJ, Crane NT, Wilson DB, Yetley EA. Estimated folate intakes: Data updated to reflect food fortification, increased bioavailability, and dietary supplement use. Am J Clin Nutr 1999;70:198-207. [PubMed abstract]
15. McNulty H. Folate requirements for health in different population groups. Br J Biomed Sci 1995;52:110-9. [PubMed abstract]
16. Stolzenberg R. Possible folate deficiency with postsurgical infection. Nutr Clin Pract 1994;9:247-50. [PubMed abstract]
17. Cravo ML, Gloria LM, Selhub J, Nadeau MR, Camilo ME, Resende MP, Cardoso JN, Leitao CN, Mira FC. Hyperhomocysteinemia in chronic alcoholism: Correlation with folate, vitamin B-12, and vitamin B-6 status. Am J Clin Nutr 1996;63:220-4. [PubMed abstract]
18. Pietrzik KF and Thorand B. Folate economy in pregnancy. Nutrition 1997;13:975-7. [PubMed abstract]
19. Kelly GS. Folates: Supplemental forms and therapeutic applications. Altern Med Rev 1998;3:208-20. [PubMed abstract]
20. Haslam N and Probert CS. An audit of the investigation and treatment of folic acid deficiency. J R Soc Med 1998;91:72-3. [PubMed abstract]
21. Shaw GM, Schaffer D, Velie EM, Morland K, Harris JA. Periconceptional vitamin use, dietary folate, and the occurrence of neural tube defects. Epidemiology 1995;6:219-26. [PubMed abstract]
22. Mulinare J, Cordero JF, Erickson JD, Berry RJ. Periconceptional use of multivitamins and the occurrence of neural tube defects. J Am Med Assoc 1988;260:3141-5. [PubMed abstract]
23. Milunsky A, Jick H, Jick SS, Bruell CL, MacLaughlin DS, Rothman KJ, Willett W.

E - 52

Multivitamin/folic acid supplementation in early pregnancy reduces the prevalence of neural tube defects. J Am Med Assoc 1989;262:2847-52. [PubMed abstract]

24. MA, Paulozzi LJ, Mathews TJ, Erickson JD, Wong LC. Impact of folic acid fortification on the US food supply on the occurrence of neural tube defects. J Am Med Assoc 2001;285:2981-6.

25. Gloria L, Cravo M, Camilo ME, Resende M, Cardoso JN, Oliveira AG, Leitao CN, Mira FC. Nutritional deficiencies in chronic alcoholics: Relation to dietary intake and alcohol consumption. Am J Gastroenterol 1997;92:485-9. [PubMed abstract]

26. Collins CS, Bailey LB, Hillier S, Cerda JJ, Wilder BJ. Red blood cell uptake of supplemental folate in patients on anticonvulsant drug therapy. Am J Clin Nutr 1988;48:1445-50. [PubMed abstract]

27. Young SN and Ghadirian AM. Folic acid and psychopathology. Prog Neuropsychopharmacol Biol Psychiat 1989;13:841-63. [PubMed abstract]

28. Munoz-Garcia D, Del Ser T, Bermejo F, Portera A. Truncal ataxia in chronic anticonvulsant treatment. Association with drug-induced folate deficiency. J Neurol Sci 1982;55:305-11. [PubMed abstract]

29. Eller DP, Patterson CA, Webb GW. Maternal and fetal implications of anticonvulsive therapy during pregnancy. Obstet Gynecol Clin North Am 1997;24:523-34. [PubMed abstract]

30. Baggott JE, Morgan SL, HaT, Vaughn WH, Hine RJ. Inhibition of folate-dependent enzymes by non-steroidal anti-inflammatory drugs. Biochem 1992;282:197-202. [PubMed abstract]

31. Third Report of the National Cholesterol Education Program Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). National Cholesterol Education Program, National Heart, Lung, and Blood Institute, National Institutes of Health, September 2002. NIH Publication No. 02-5215.

32. Selhub J, Jacques PF, Bostom AG, D'Agostino RB, Wilson PW, Belanger AJ, O'Leary DH, Wolf PA, Scaefer EJ, Rosenberg IH. Association between plasma homocysteine concentrations and extracranial carotid-artery stenosis. N Engl J Med 1995;332:286-91. [PubMed abstract]

33. Rimm EB, Willett WC, Hu FB, Sampson L, Colditz GA, Manson JE, Hennekens C, Stampfer MJ. Folate and vitamin B6 from diet and supplements in relation to risk of coronary heart disease among women. J Am Med Assoc 1998;279:359-64. [PubMed abstract]

34. Refsum H, Ueland PM, Nygard O, Vollset SE. Homocysteine and cardiovascular disease. Annu Rev Med 1998;49:31-62. [PubMed abstract]

35. Boers GH. Hyperhomocysteinaemia: A newly recognized risk factor for vascular disease. Neth J Med 1994;45:34-41. [PubMed abstract]

36. Selhub J, Jacque PF, Wilson PF, Rush D, Rosenberg IH. Vitamin status and intake as primary determinants of homocysteinemia in an elderly population. J Am Med Assoc 1993;270:2693-98. [PubMed abstract]

37. Mayer EL, Jacobsen DW, Robinson K. Homocysteine and coronary atherosclerosis. J Am Coll Cardiol 1996;27:517-27. [PubMed abstract]

38. Malinow MR. Plasma homocyst(e)ine and arterial occlusive diseases: A mini-review. Clin Chem 1995;41:173-6. [PubMed abstract]

39. Flynn MA, Herbert V, Nolph GB, Krause G. Atherogenesis and the homocysteine-folate-cobalamin triad: Do we need standardized analyses? J Am Coll Nutr 1997;16:258-67. [PubMed abstract]

40. Fortin LJ and Genest J, Jr. Measurement of homocyst(e)ine in the prediction of arteriosclerosis. Clin Biochem 1995;28:155-62. [PubMed abstract]

41. Siri PW, Verhoef P, Kok FJ. Vitamins B6, B12, and folate: Association with plasma total homocysteine and risk of coronary atherosclerosis. J Am Coll Nutr 1998;17:435-41. [PubMed abstract]

42. Eskes TK. Open or closed? A world of difference: A history of homocysteine research. Nutr Rev 1998;56:236-44. [PubMed abstract]

43. Ubbink JB, van der Merwe A, Delport R, Allen RH, Stabler SP, Riezler R, Vermaak WJ. The effect of a subnormal vitamin B-6 status on homocysteine metabolism. J Clin Invest 1996;98:177-84. [PubMed abstract]

44. Bostom AG, Rosenberg IH, Silbershatz H, Jacques PF, Selhub J, D'Agostino RB, Wilson PW, Wolf PA. Nonfasting plasma total homocysteine levels and stroke incidence in elderly persons: the framingham study. Ann Intern Med 1999; 352-5.

45. Stanger O, Semmelrock HJ, Wonisch W, Bos U, Pabst E, Wascher TC. Effects of folate treatment and homocysteine lowering on resistance vessel reactivity in atherosclerotic subjects. J Pharmacol Exp Ther 2002: 303:158-62.

46. Doshi SN, McDowell IF, Moat SJ, Payne N, Durrant HJ, Lewis MJ, Goodfellos J. Folic acid improves endothelial function in coronary artery disease via mechanisms largely independent of homocysteine. Circulation. 2002;105:22-6.

47. Doshi SN, McDowell IFW, Moat SJ, Lang D, Newcombe RG, Kredean MB, Lewis MJ,

E - 53

Goodfellow J. Folate improves endothelial function in coronary artery disease. Arterioscler Thromb Vasc Biol 2001;21:1196-1202.

48. Wald DS, Bishop L, Wald NJ, Law M, Hennessy E, Weir D, McPartlin J, Scott J. Randomized trial of folic acid supplementation and serum homocysteine levels. Arch Intern Med 2001;161:695-700.Homocysteine

49. Voutilainen S, Rissanen TH, Virtanen J, Lakka TA, Salonen JT. Low dietary folate intake is associated with an excess incidence of acute coronary events: The kuopio ischemic heart disease risk factor study. Circulation 2001;103:2674-80.

50. Lowering Trialists' Collaboration. Lowering blood homocysteine with folic acid based supplements. Meta-analysis of randomized trials. Br. Med. J 1998;316:894-8.

51. Schnyder, G., Roffi M, Pin R, Flammer Y, Lange H, Eberli FR, Meier B, Turi ZG, Hess OM., Decreased rate of coronary restenosis after lowering of plasma homocystein levels. N Eng J Med 2001;345:1593-60.

52. Jennings E. Folic acid as a cancer preventing agent. Med Hypothesis 1995;45:297-303.

53. Freudenheim JL, Grahm S, Marshall JR, Haughey BP, Cholewinski S, Wilkinson G. Folate intake and carcinogenesis of the colon and rectum. Int J Epidemiol 1991;20:368-74.

54. Giovannucci E, Stampfer MJ, Colditz GA, Hunter DJ, Fuchs C, Rosner BA, Speizer FE, Willett WC. Multivitamin use, folate, and colon cancer in women in the Nurses' Health Study. Ann Intern Med 1998;129:517-24. [PubMed abstract]

55. Su LJ, Arab L. Nutritional status of folate and colon cancer risk: evidence from NHANES I epidemiologic follow-up study. Ann Epidemiol 2001;11:65-72.

56. Rubio IT, Cao Y, Hutchins LF, Westbrook KC, Klimberg VS. Effect of glutamine on methotrexate efficacy and toxicity. Ann Surg 1998;227:772-8. [PubMed abstract]

57. Wolff JE, Hauch H, Kuhl J, Egeler RM, Jurgens H. Dexamethasone increases hepatotoxicity of MTX in children with brain tumors. Anticancer Res 1998;18:2895-9. [PubMed abstract]

58. Kepka L, De Lassence A, Ribrag V, Gachot B, Blot F, Theodore C, Bonnay M, Korenbaum C, Nitenberg G. Successful rescue in a patient with high dose methotrexate-induced nephrotoxicity and acute renal failure. Leuk Lymphoma 1998;29:205-9. [PubMed abstract]

59. Branda RF, Nigels E, Lafayette AR, Hacker M. Nutritional folate status influences the efficacy and toxicity of chemotherapy in rats. Blood 1998;92:2471-6. [PubMed abstract]

60. Shiroky JB. The use of folates concomitantly with low-dose pulse methotrexate. Rheum Dis Clin North Am 1997;23:969-80. [PubMed abstract]

61. Keshava C, Keshava N, Whong WZ, Nath J, Ong TM. Inhibition of methotrexate-induced chromosomal damage by folinic acid in V79 cells. Mutat Res 1998;397:221-8. [PubMed abstract]

62. Morgan SL and Baggott JE. Folate antagonists in nonneoplastic disease: Proposed mechanisms of efficacy and toxicity. In: Bailey LB, ed. Folate in Health and Disease. New York: Marcel Dekker, 1995:405-33.

63. Morgan SL BJ, Alarcon GS. Methotrexate in rheumatoid arthritis. Folate supplementation should always be given. Bio Drugs 1997;8:164-75.

64. Morgan SL, Baggott JE, Lee JY, Alarcon GS. Folic acid supplementation prevents deficient blood folate levels and hyperhomocysteinemia during longterm, low dose methotrexate therapy for rheumatoid arthritis: Implications for cardiovascular disease prevention. J Rheumatol 1998;25:441-6. [PubMed abstract]

65. Hathcock JN. Vitamins and minerals: Efficacy and safety. Am J Clin Nutr 1997;66:427-37.

66. Dietary Guidelines Advisory Committee, Agricultural Research Service, United States Department of Agriculture (USDA). HG Bulletin No. 232, 2000. http://www.usda.gov/cnpp/DietGd.pdf.

67. Center for Nutrition Policy and Promotion, United Stated Department of Agriculture. Food Guide Pyramid, 1992 (slightly revised 1996). http://www.nal.usda.gov/fnic/Fpyr/pyramid.html.

## Disclaimer

Reasonable care has been taken in preparing this document and the information provided herein is believed to be accurate. However, this information is not intended to constitute an "authoritative statement" under Food and Drug Administration rules and regulations.

## About ODS and the NIH Clinical Center

The mission of the Office of Dietary Supplements (ODS) is to strengthen knowledge and understanding of dietary supplements by evaluating scientific information, stimulating and supporting research, disseminating research results, and educating the public to foster an

E - 54

enhanced quality of life and health for the U.S. population.

The NIH Clinical Center is the clinical research hospital for NIH. Through clinical research, physicians and scientist translate laboratory discoveries into better treatments, therapies and interventions to improve the nation's health.

### General Safety Advisory

Health professionals and consumers need credible information to make thoughtful decisions about eating a healthful diet and using vitamin and mineral supplements. To help guide those decisions, registered dietitians at the NIH Clinical Center developed a series of Fact Sheets in conjunction with ODS. These Fact Sheets provide responsible information about the role of vitamins and minerals in health and disease. Each Fact Sheet in this series received extensive review by recognized experts from the academic and research communities.

The information is not intended to be a substitute for professional medical advice. It is important to seek the advice of a physician about any medical condition or symptom. It is also important to seek the advice of a physician, registered dietitian, pharmacist, or other qualified health professional about the appropriateness of taking dietary supplements and their potential interactions with medications.

### Reviewers

The Clinical Nutrition Service and the ODS thank the expert scientific reviewers for their role in ensuring the scientific accuracy of the information discussed in these fact sheets:
Lynn B. Bailey, Ph.D., University of Florida
Jesse F. Gregory, III, Ph.D., University of Florida
Mary Frances Picciano, Ph.D., NIH, Office of Dietary Supplements
Irwin H. Rosenberg, M.D., USDA Human Nutrition Research Center on Aging, Tufts University
Richard J. Wood, Ph.D., USDA Human Nutrition Research Center on Aging, Tufts University

---

Office of Dietary Supplements
National Institutes of Health
Bethesda, Maryland 20892 USA
Web: http://ods.od.nih.gov
E-mail: ods@nih.gov

  

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 145087    — BH

# December 04. 2007
# 14:39:07

## Civ Fil Non-Pris
USAO #.: 07CV2276 CIVIL FILING
Judge..: BARRY T MOSKOWITZ
Amount.:                    $350.00 CK
Check#.: BC# 9487

# Total—>  $350.00

FROM: SMITH V. THORNE RESEARCH
      CIVIL FILING

JS44
(Rev. 07/89)

## CIVIL COVER SHEET

**"VIA FAX"**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**'07 CV 2276 BTM (POR)**

**I (a) PLAINTIFFS**

ADRIANNE SMITH, as an individual and on behalf of all others similarly situated,

**DEFENDANTS**

THORNE RESEARCH, INC., a Washington corporation,

'07 DEC 2: 38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego, CA

(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Harold M. Hewell, Hewell Law Firm, APC
402 W. Broadway, 4th Fl, San Diego, CA 92101
Tel: (619) 235-6854 · Fax: (619) 235-9122

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- 3 Federal Question (U.S. Government Not a Party)
- X 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | X 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Diversity Jurisdiction under Class Action Fairness Act ("CAFA") of 2005, 28 U.S.C. § 1332(d)(2) and 28 U.S.C. § 1332(d)(6)

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury-Medical Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment &Enforcement of Judgment | 330 Federal Employers' Liability | | 640 RR & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | **LABOR** | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Tort to Land | 444 Welfare | 540 Mandamus & Other | | | 950 Constitutionality of State |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | X 890 Other Statutory Actions |
| 290 All Other Real Property | | 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

X 1 Original Proceeding  ·  2 Removal from State Court  ·  3 Remanded from Appellate Court  ·  4 Reinstated or Reopened  ·  5 Transferred from another district (specify)  ·  6 Multidistrict Litigation  ·  7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** $5,000,000  · CHECK IF THIS IS A CLASS ACTION UNDER F.r.c.p. 23  **DEMAND** Equitable relief and damages to be determined  Check YES only if demanded in complaint: JURY DEMAND X YES · NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE_____  Docket Number_____

DATE 12/04/07     SIGNATURE OF ATTORNEY OF RECORD

PAID $350  12/4/07 BY RCPT#145087

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

(Electronic Signature)

