FILED
07 DEC -4 PM 2:40
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Howard Rubinstein (Fla. SBN: 104108)
   Attorney at Law
2  914 Waters Avenue, Suite 20
3  Aspen, Colorado 81611
   Tel.: (832) 715-2788
4  E-mail: howardr@pdq.net
   *(To apply as Counsel Pro Hac Vice)*
5
6  Harold M. Hewell (Cal. SBN: 171210)
   Hewell Law Firm, APC
7  402 W. Broadway, Fourth Floor
   San Diego, California 92101
8  Tel: (619) 235-6854; Fax: (619)235-9122
9  E-mail: hmhewell@hewell-lawfirm.com

10 *Attorneys for Plaintiff*

"VIA FAX"

11             UNITED STATES DISTRICT COURT
12            SOUTHERN DISTRICT OF CALIFORNIA

07CV 2276 BTM (POR)

13 | ADRIANNE SMITH, as an individual and on behalf of all others similarly situated, | Civil Action No.
14 |                                                                                    | **DECLARATION OF HAROLD M. HEWELL REGARDING VENUE PURSUANT TO CIVIL CODE §1780(c) OF THE CONSUMER LEGAL REMEDIES ACT, CIVIL CODE §§1750, ET SEQ.**
15 |     *Plaintiff,*                                                                   |
16 |                                                                                    |
17 | v.                                                                                 |
18 |                                                                                    | *Class Action*
19 |                                                                                    | *Jury Trial Requested*
20
21
22
23
24
25 | THORNE RESEARCH, INC., a Washington corporation,
26 |
27 |   *Defendant.*
28

VENUE DECLARATION PURSUANT TO CIVIL CODE §1780(c)
OF THE CONSUMER LEGAL REMEDIES ACT
Page 1 of 2

I, Harold M. Hewell, hereby declare:

1. I am an attorney at law duly admitted to practice before this Court and all the courts of the State of California. I am an attorney of record herein for Plaintiff in the above-entitled action. The matters stated below are true as to my own knowledge, except as to those matters stated as to information and belief, and as to those matters, I believe them to be true. If called upon, I could competently testify to the matters herein.

2. Civil Code § 1780(c) provides that a plaintiff seeking to bring an action under Section 1780(a) of the California Consumer Legal Remedies Act, such as in the above-entitled action, may commence that action "in the county in which the person against whom it is brought resides, has his or her principal place of business, or is doing business, or in the county where the transaction or any substantial portion thereof occurred."

3. Accordingly, San Diego County is a proper venue in which to bring this action, as Defendant at all relevant times in this action was "doing business" within this County by marketing, advertising and selling the subject product of the Complaint within the County of San Diego, and San Diego County is the county where "the transaction or any substantial portion thereof occurred."

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed Saturday, November 17, 2007, at San Diego, California.

_____
Harold M. Hewell
(by electronic signature)