Summons in a Civil Action (Rev 11/97)

"VIA FAX"

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC -4 PM 2: 42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

ADRIANNE SMITH, as an individual and on behalf of all others similarly situated.

vs

THORNE RESEARCH, INC., a Washington corporation

SUMMONS IN A CIVIL ACTION

Case No.

'07 CV 2276 BTM (POR)

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Harold M. Hewell, Hewell Law Firm, APC
402 W. Broadway, Fourth Floor San Diego, California 92101
Tel: (619) 235-6854 ˙ Fax: (619) 235-9122; E-mail: hmhewell@hewell-lawfirm.com

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    12/04/07
CLERK                                      DATE

By  J. HI_____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)