# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE SMITH, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br><br>THORNE RESEARCH, INC., et al.<br><br>　　　　　　　　　　　Defendants. | CASE NO. 07cv2276 BTM (POR)<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this action asserting jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2). Upon review of the Complaint, it is not apparent to the Court that the aggregate amount in controversy exceeds the sum or value of $ 5,000,000.00 as required by CAFA. Plaintiff merely speculates that "[b]ased on the annual sales of the Product and the popularity of the Product, it is apparent that the number of consumers of the misbranded Product would at least be in the many thousands" and makes no showing of what the damages would be per consumer. Therefore, the Court orders Plaintiff to show cause why this case should not be dismissed for lack of jurisdiction. The parties shall file written responses to this OSC on or before December 28, 2007. The Court sets the OSC for hearing on **January 15, 2008 at 4:00 p.m.**

**IT IS SO ORDERED.**

**DATED: December 12, 2007**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Barry Ted Moskowitz_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Barry Ted Moskowitz**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28