1  Howard Rubinstein (Fla. SBN: 104108)
   Attorney at Law
2  914 Waters Avenue, Suite 20
3  Aspen, Colorado 81611
   Tel.: (832) 715-2788
4  E-mail: howardr@pdq.net
   *(To apply as Counsel Pro Hac Vice)*
5

6  Harold M. Hewell (Cal. SBN: 171210)
   Hewell Law Firm, APC
7  402 W. Broadway, Fourth Floor
   San Diego, California 92101
8  Tel: (619) 235-6854; Fax: (619)235-9122
   E-mail: hmhewell@hewell-lawfirm.com
9

10 *Attorneys for Plaintiff*

11 **UNITED STATES DISTRICT COURT**

12 **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13 **ADRIANNE SMITH,** as an individual and on behalf of all others similarly situated, | Civil Action No. **07-cv-2276 BTM (POR)** |
| 14 | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)** |
| 15  *Plaintiff,* | |
| 16 | |
| 17 v. | *Class Action* |
| 18 | *Jury Trial Requested* |
| 25 **THORNE RESEARCH, INC.,** a Washington corporation, | |
| 27  *Defendant.* | |

1   TO THE COURT:

2   NOTICE IS HEREBY GIVEN that plaintiff voluntarily dismisses the above-captioned action in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), no responsive pleading or motion for summary judgment having been filed in the matter.

Hewell Law Firm, APC

DATED: January 24, 2008.

By: /s/Harold M. Hewell
_____
Harold M. Hewell

Howard Rubinstein (Fla. SBN: 104108)
Attorney at Law
914 Waters Avenue, Suite 20
Aspen, Colorado 81611

ATTORNEYS FOR PLAINTIFF