# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE SMITH, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>THORNE RESEARCH, INC., et al.<br>　　　　　　　　　　　Defendants. | CASE NO. 07cv2276 BTM (POR)<br><br>**ORDER DISMISSING CASE** |

Plaintiff has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). The Court hereby DISMISSES this case in its entirety without prejudice.

IT IS SO ORDERED.

DATED: January 25, 2008

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge